**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Two Guns Consulting & Construction, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1736235 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4136 IH 37 N. Service Rd**<br>**Odem, TX 78370** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Patricio** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Two Guns Consulting & Construction, LLC**                              Case number (*if known*) _____

Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Two Guns Consulting & Construction, LLC**
     Name

Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2020**
               MM / DD / YYYY

**X** **/s/ Charles Luke Duncan**
   Signature of authorized representative of debtor

**Charles Luke Duncan**
Printed name

Title    **Sole Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Shelby A. Jordan**
   Signature of attorney for debtor

Date   **February 11, 2020**
       MM / DD / YYYY

**Shelby A. Jordan**
Printed name

**Jordan, Holzer & Ortiz, P.C.**
Firm name

**500 North Shoreline Blvd.**
**Suite 900**
**Corpus Christi, TX 78401**
Number, Street, City, State & ZIP Code

Contact phone   **361.884.5678**      Email address   **sjordan@jhwclaw.com**

**State Bar No. 11016700 TX**
Bar number and State

## RESOLUTION OF
## TWO GUNS CONSULTING & CONSTRUCTION, LLC

IT IS HEREBY

RESOLVED that TWO GUNS CONSULTING & CONSTRUCTION, LLC, a Texas limited liability company (the "**Company**"), acting through Charles Luke Duncan, sole managing member, shall immediately file or cause to be filed, a Voluntary Petition in Bankruptcy (Chapter 11) with the appropriate Court pursuant to the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*; and it is further

RESOLVED that Charles Luke Duncan is authorized to retain Jordan, Holzer & Ortiz, P.C. as legal counsel and other attorneys, consultants, experts, professionals, and advisors as the need may arise in order to commence and continue said Bankruptcy proceeding; to execute all documents, enter into any agreements, open bank accounts, make available all records, and to do all other acts which may be necessary to commence and continue said Bankruptcy proceeding on behalf of the Company; and it is further

RESOLVED that Charles Luke Duncan shall have authority to sign any and all pleadings or other documents in connection with the Company's Chapter 11 proceeding and that Charles Luke Duncan shall be the designated officer to act on behalf of the Company in said proceeding.

The undersigned constitutes the sole member of the Company.

Dated this 11th day of February, 2020.

_____
Charles Luke Duncan

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Two Guns Consulting & Construction, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alex E. Paris Equip & Sales Co.**<br>**1595 Smith Township State Road**<br>**Atlasburg, PA 15004** | **Holly Kopko**<br><br>**hkopko@alexparis. com**<br>**724.947.2235** | **Trade debt** | | | | **$60,420.00** |
| **Atlas Trenchless, LLC**<br>**1351 Broadway Street West**<br>**Rockville, MN 56369** | **Jim Lagios**<br><br>**jimL@atlas-trenchl ess.com**<br>**320.685.7579** | **Trade debt** | | | | **$55,000.00** |
| **Badger Daylight Corp.**<br>**75 Remittance Drive, Suite 3185**<br>**Chicago, IL 60675-3185** | **Lila Beverly**<br><br>**lbeverly@badgerin c.com**<br>**877.322.3437** | **Trade debt** | | | | **$58,571.01** |
| **Belmont Aggregates, Inc.**<br>**P.O Box 349**<br>**Bridgeport, OH 43912** | **Nicole Fletcher**<br><br>**n.fletcher@belmon taggregates.com**<br>**740.795.4644** | **Default judgment** | | | | **$80,022.53** |
| **Chase Card Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | | **Business credit card** | | | | **$83,872.26** |
| **Darby Equipment Company**<br>**2940 N. Toledo Avenue**<br>**Tulsa, OK 74115** | **Nick Minden**<br><br>**nick@darbyequip.c om**<br>**918.582.2340** | **Trade debt** | | | | **$116,705.16** |
| **DBI, Inc.**<br>**15440 W. 109th St.**<br>**Lenexa, KS 66219** | **Brandon Cahoone**<br><br>**bcahoone@dbindt. com**<br>**913.888.2321** | **Trade debt** | | | | **$57,767.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Two Guns Consulting & Construction, LLC**                    Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Horizon Supply Company** <br> **311 White Street** <br> **New Castle, PA 16101** | **John M. Patterson** <br><br> **724.856.3994** | **Trade debt** | | | | **$102,928.73** |
| **Leslie Equipment Company** <br> **Attn: Tammy** <br> **105 Tennis Center Drive** <br> **Marietta, OH 45750** | **Tammy** <br><br> **740.373.5255** | **Trade debt** | | | | **$63,008.10** |
| **Ligonier Construction Co.** <br> **P.O. Box 277** <br> **Laughlintown, PA 15655** | **Joseph H. Bucci, Esquire** <br><br> **JHBucci@rothmangordon.com** <br> **412.338.1149** | **domesticated judgment** | | | | **$1,057,058.85** |
| **Longhorn Mulching, Inc.** <br> **7003 E. State Highway 103** <br> **Lufkin, TX 75901** | **James Pyle** <br><br> **longhornmulching@consolidated.net** <br> **936.699.1160** | **Trade debt** | | | | **$113,100.00** |
| **Luby Equipment** <br> **2300 Cassens Drive** <br> **Fenton, MO 63026** | **Bob Luby** <br><br> **bluby@lubyequipent.com** <br> **636.343.9970** | **Trade debt** | | | | **$51,730.00** |
| **Magnum Machine Works LLC** <br> **7480 NW Caldwell Road** <br> **Kidder, MO 64649** | **Kyle** <br><br> **magnummachine@gmail.com** <br> **816.583.7751** | **Trade debt** | | | | **$125,983.26** |
| **McKinney Drilling Company** <br> **2434 Etring Avenue** <br> **Corpus Christi, TX 78415** | **Lawrence Wilcox** <br><br> **lwilcox@mckinneydrilling.com** <br> **361.852.7878** | **Trade debt** | | | | **$111,950.00** |
| **Miley Fencing** <br> **54500 Sarahsville Road** <br> **Senecaville, OH 43780** | **Robert Miley** <br><br> **mileyfencing@gmail.com** <br> **740.509.1830** | **Trade debt** | | | | **$131,466.80** |
| **Moorhead Brothers, Inc.** <br> **P.O. Box 124** <br> **Blacksburg, SC 29702** | **Tena Thomas** <br><br> **tthomas@moorheadbros.com** <br> **864.839.5488** | **Trade debt** | | | | **$70,000.00** |
| **Ohio CAT** <br> **Box 774439** <br> **4439 Solutions Center** <br> **Chicago, IL 60677-4004** | **Joseph Spoonster** <br><br> **jspoonster@hrblegal.com** <br> **330.563.4011** | **Default judgment** | | | | **$114,237.96** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Two Guns Consulting & Construction, LLC**                          Case number *(if known)* _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Southeastern Equipment Co., Inc. P.O. Box 536 Cambridge, OH 43725** | **Dawn Boone** <br><br>**dboone@southeasternequip.com 740.432.6303** | **Trade debt** | | | | **$53,675.00** |
| **United Rentals (North America) Inc. P.O. Box 840514 Dallas, TX 75284-0514** | **Lawrence J. Falli, Barnett & Garcia PLLC** <br><br>**512.266.8803** | **Trade debt** | | | | **$63,444.88** |
| **YAK MAT, LLC P.O Box 95434 Grapevine, TX 76099-9734** | **Amy Vowell** <br><br>**ar@yakmat.com 601.633.6180** | **Trade debt** | | | | **$316,942.88** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2020**          X **/s/ Charles Luke Duncan**
                                                   Signature of individual signing on behalf of debtor

                                                   **Charles Luke Duncan**
                                                   Printed name

                                                   **Sole Managing Member**
                                                   Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Texas

In re   __Two Guns Consulting & Construction, LLC__                     Case No.   _____

                                                  Debtor(s)         Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Duncan, Charles Luke**<br>**1230 CR 22**<br>**Corpus Christi, TX 78415** | | **100%** | **ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   __February 11, 2020__                     Signature   __/s/ Charles Luke Duncan__
                                                            __Charles Luke Duncan__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Texas

In re    **Two Guns Consulting & Construction, LLC**        Case No.

                                       Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 11, 2020**             **/s/ Charles Luke Duncan**

                                                **Charles Luke Duncan/Sole Managing Member**
                                                Signer/Title

378-Praxair Distribution Inc.
PO Box 120812
Dept 0812
Dallas, TX 75312-0812


3C Industrial, LLC
PO Box 60233
Corpus Christi, TX 78466


4Warriors Hydro Excavating
PO Box 2407
Elk City, OK 73648


Adamson & Company, LLC
4101 S. Alameda
Corpus Christi, TX 78411


Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Alex E. Paris Equip & Sales Co.
1595 Smith Township State Road
Atlasburg, PA 15004


AllTerra Central
116 E. Huntland Drive
Austin, TX 78752

Altorfer Rents
PO Box 1347
Cedar Rapids, IA 52406-1347


American Express
PO Box 650448
Dallas, TX 75265-0448


American Hallmark Insurance Company
of Texas
777 Main Street, Suite 1000
Fort Worth, TX 76102


American Steel & Supply Inc.
P.O. Box 9721
Corpus Christi, TX 78469


Amigos Equipment Corp.
P.O. Box 4145
Corpus Christi, TX 78469


Anderson Equipment Company
PO Box 823580
Philadelphia, PA 19182-3580


Appalachian Energy Solutions Inc.
90 E. Songbird Road
Bradford, PA 16701


Atlas Trenchless, LLC
1351 Broadway Street West
Rockville, MN 56369

B-C Equipment Sales, Inc.
PO Box 10345
Corpus Christi, TX 78460-0345


Badger Daylight Corp.
75 Remittance Drive, Suite 3185
Chicago, IL 60675-3185


Barnett & Garcia, PLLC
Attn: Lawrence J. Falli
3821 Juniper Trace, #108
Austin, TX 78738


Basin Industrial X-Ray
PO Box 4901
Corpus Christi, TX 78469


Belmont Aggregates, Inc.
P.O Box 349
Bridgeport, OH 43912


Branscomb Law
Attn: J.D. Egbert and Jim Clancy
802 N. Carancahua, Ste. 1900
Corpus Christi, TX 78401


Bridgeport Equipment & Tool
15 Acme Street
Marietta, OH 45750


Bucci, Joseph H.
Rothman Gordon, PC
310 Grant St.
Third Floor-Grant Building
Pittsburgh, PA 15219

Buckeye Tire Service Inc.
629 Steubenville Ave.
Cambridge, OH 43725


Carber Holdings, Inc.
PO Box 17141
Denver, CO 80217-7141


CAT Financial Commercial Account
Dept 30-2000158507
PO Box 9001036
Louisville, KY 40290-1036


CC Disposal Service
PO Box 2680
San Antonio, TX 78299


CEC Corrosion Services, LLC
PO Drawer D
Sinton, TX 78387


Challenger Services
4530 S. Jackson Ave.
Tulsa, OK 74107


Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Coastal Chemical Co LLC
Department 22
P.O. Box 122214
Dallas, TX 75312-2214

Coastal Tool & Supply
4930 IH 37
Corpus Christi, TX 78407


Coastal Valve & Equipment
PO Box 864
George West, TX 78022


Columbus Equipment Supply
P.O. Box 951400
Cleveland, OH 44193


Contractors Building Supply Co, LLC
Dept. 142
PO Box 4458
Houston, TX 77210-4458


Cross Country Pipeline Supply Co.
PO Box 843851
Kansas City, MO 64184-3851


D6 Investment Partners, LLC
1230 CR 22
Corpus Christi, TX 78415


Darby Equipment Company
2940 N. Toledo Avenue
Tulsa, OK 74115


Darr Farms, LLC
21284 TR 257
Newcomerstown, OH 43832

DBI, Inc.
15440 W. 109th St.
Lenexa, KS 66219


Dino Piergallini & Sons
41040 Cadiz-Dennison Road
Cadiz, OH 43907


DISA Global Solution, Inc.
Dept. 3731
PO Box 123731
Dallas, TX 75312


DMI International
15715 East Pine Street
Tulsa, OK 74116


DNOW LP
PO Box 200822
Dallas, TX 75320-0822


Duncan, Charles
13807 FM 1944
Odem, TX 78370


Duncan, Charles Luke
1230 CR 22
Corpus Christi, TX 78415


Duncan, Kenneth
13789 FM 1944
Odem, TX 78370

DW Dickey & Sons, Inc.
PO Box 189
Lisbon, OH 44432


Ellingson Drainage, Inc.
56113 State Hwy 56
West Concord, MN 55985


Emens Wolper Jacobs & Jasin
Attn: Todd Kildow
250 W. Main St. Suite A
Saint Clairsville, OH 43950


Enviroserve
4600 Brookpark Road
Cleveland, OH 44134


Espy Brothers, LLC
PO Box 1712
Pecos, TX 79772


Farmers Oil Company
313 State Street
Nokomis, IL 62075


Flow Control Equipment
PO Box 60939
Lafayette, LA 70596


Flow Zone LLC
Dept. 248
PO Box 4346
Houston, TX 77210-4346

FuelCo Energy LLC
12140 Wickchester Ln., Suite 100
Houston, TX 77079


Great Lakes Petroleum
P.O. Box 780040
Philadelphia, PA 19178-0040


Guernsey Scrap Recycling Trucking, LLC
PO Box 2047
Caldwell, OH 43724


Haas Septic & Portable Toilet Service
PO Box 37
Lower Salem, OH 45745


Hamlin & Jones Excavation and Drainage
19101 White Settlement Trail
Nokomis, IL 62075


Heartbreak Trucking, LLC
PO Box 187
Banquete, TX 78339


Highway Equipment Company of Ohio
P.O Box 645310
Pittsburgh, PA 15264-5310


Hilton Plumbing
103 W. 2nd Street
Pana, IL 62557

HMT, LLC
PO Box 841686
Dallas, TX 75284-1686

Home City Ice Company
PO Box 111116
Cincinnati, OH 45211

Horizon Supply Company
311 White Street
New Castle, PA 16101

Howard Concrete Pumping Co., Inc.
701 Millers Road
Cuddy, PA 15031

Hytroc
333 Route 17 North
Mahwah, NJ 07430

Idealease-Rush Truck Leasing
PO Box 2208
Decatur, AL 35609

Integrity Gas Services
7906 N. Sam Houston Pkwy W
Suite 202
Houston, TX 77046

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

J & B Pipeline Supply Inc.
PO Box 1814
Baytown, TX 77520


J.J. Keller & Associates, Inc.
PO Box 6609
Carol Stream, IL 60197-6609


JAN X-Ray Services, Inc.
PO Box 29253
New York, NY 10087-9253


Jefferson Gas Gathering Company LLC
Attn: Greg Floerke, COO
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, CO 80202-2126


Jefferson Gas Gathering Company LLC
Attn: General Counsel
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, CO 80202-2126


Jones-Portajons
20424 Cadiz Road
Freeport, OH 43973


Kidder Law Firm
Attn: Charles Kidder
6375 Riverside Drive, Suite 200
Dublin, OH 43017


Kimble Recycling & Disposal, Inc.
PO Box 448
Dover, OH 44622

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303


La Copa Field Services, Inc.
PO Box 336
Sinton, TX 78387


Landshark Hydroexcavation Services, Inc.
PO Box 841172
Pearland, TX 77584


Law Office of Jeffrey B. Sams, LLC
10400 Blacklick Eastern Road NW
Suite 140
Pickerington, OH 43147


Leslie Equipment Company
Attn: Tammy
105 Tennis Center Drive
Marietta, OH 45750


Ligonier Construction Co.
P.O. Box 277
Laughlintown, PA 15655


Litman Excavating
836 1st Street
New Martinsville, WV 26155


Longhorn Mulching, Inc.
7003 E. State Highway 103
Lufkin, TX 75901

Luby Equipment
2300 Cassens Drive
Fenton, MO 63026


M&M Pump and Supply
PO Box 790379
Saint Louis, MO 63179-0379


Magnum Machine Works LLC
7480 NW Caldwell Road
Kidder, MO 64649


MarkWest Liberty Midstream & Resources
Attn: Greg Floerke, COO
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, CO 80202-2126

MarkWest Liberty Midstream & Resources
Attn: General Counsel
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, CO 80202-2126

Matheson Tri-Gas, Inc.
Dept 3028
PO Box 123028
Dallas, TX 75312


Mattern Tire Ltd.
519 Lincoln Ave.
Cadiz, OH 43907


McKinney Drilling Company
2434 Etring Avenue
Corpus Christi, TX 78415

Miley Fencing
54500 Sarahsville Road
Senecaville, OH 43780


Millennium Torque & Tensioning, Inc.
PO Box 13
Eighty Four, PA 15330


MO-VAC Service Company of Alice Inc.
PO Box 2237
San Antonio, TX 78298-2237


Moore Control Systems, Inc.
PO Box 677
Katy, TX 77492


Moorhead Brothers, Inc.
P.O. Box 124
Blacksburg, SC 29702


MRC Global (US) Inc.
PO Box 204392
Dallas, TX 75320-4392


MYOCO Pipeline Supply
PO Box 35137
Houston, TX 77235


National Inspection Services, LLC
110 Harold Gauthe Rd
Scott, LA 70583

National Lime & Stone Co.
PO Box 120
Findlay, OH 45839-0120


Nicolozakes Trucking & Construction, Inc
PO Box 670
Cambridge, OH 43725-0670


Novel Coworking
720 Rusk
Houston, TX 77002


NuStar Energy, LP
19003 IH-10
San Antonio, TX 78257


Ohio CAT
Box 774439
4439 Solutions Center
Chicago, IL 60677-4004


OQSG
2301 E Lamar Blvd., Suite 250
Arlington, TX 76006


Overstreet & Nestor, LLC
Attn: David R. Overstreet
461 Cochran Road, Box 237
Pittsburgh, PA 15228


Pipeline Supply & Service
1010 Lamar, Ste. 710
Houston, TX 77002

Pipelines, Inc.
PO Box 2027
East Liverpool, OH 43920


PowerPlan
21310 Network Place
Chicago, IL 60673-1213


Price Supply, Inc.
109 Cason Road
Broussard, LA 70518


Probst Electric
20897 Fillmore Trail
Fillmore, IL 62032


Producers Supply Company, Inc.
121 Kiwi Drive
Waynesburg, PA 15370


Prosperity Bank
14201 Northwest Blvd.
Corpus Christi, TX 78410


Provident Farm Supply, Inc.
69616 Vineyard Road
Saint Clairsville, OH 43950


Randy's Roll Off.
500 Young Street
Nokomis, IL 62075

Ray, Don and Keiper, Reta
144 Lakeview Drive
Mathis, TX 78368


Renfrow & Company, Inc.
PO Box 3519
Corpus Christi, TX 78463-3519


Sandbags LLC
4301 S. Valley View Blvd., Ste. 19
Las Vegas, NV 89102-4008


Sideline Testing, LLC
528 W Fourth St.
Sinton, TX 78387


Sonntag, Elaine
P.O. Box 425
Sheridan, TX 77475


Southeastern Equipment Co., Inc.
P.O. Box 536
Cambridge, OH 43725


Specialty Polymer Coatings, USA, Inc.
PO Box 677976
Dallas, TX 75267-7976


Spoonster, Joseph R.
1559 Corporate Woods, Suite 250
Uniontown, OH 44685

Sprint Waste Services, LP
PO Box 732411
Dallas, TX 75373


Stark & Knoll
3475 Ridgewood Road
Akron, OH 44333


Sunbelt Equipment Marketing, Inc.
500 Davenport Drive
College Station, TX 77845


Survey Equipment Services, Inc.
1775 Westborough Drive
Katy, TX 77449


Team Industrial Services,Inc.
P.O. Box 842233
Dallas, TX 75284-2233


TEI Analytical Services, Inc.
P.O. Box 534
Washington, PA 15301


Texas First Rentals, LLC
PO Box 650869
Dallas, TX 75265-0869


Texas Fueling Services, Inc.
PO Box 207466
Dallas, TX 75320

Texas Throne
PO Box 997
Portland, TX 78374


Texas Workforce Commission
Bankruptcy Unit, Room 556
101 E. 15th Street
Austin, TX 78778-0001


TNT Crane & Rigging, Inc.
PO Box 847561
Dallas, TX 75284


Total Safety U.S., Inc.
P.O. Box 974686
Dallas, TX 75397-4686


Uline
PO Box 88741
Chicago, IL 60680-1741


United Rentals (North America) Inc.
P.O. Box 840514
Dallas, TX 75284-0514


United States Trustee
606 North Carancahua, Suite 1107
Corpus Christi, TX 78401


US Bagging
PO Box 39
Gnadenhutten, OH 44629

Veriforce
1575 Sawdust Road, #600
The Woodlands, TX 77380


Viking Mat Company
PO Box 842612
Dallas, TX 75284-2612


Water Transport, LLC
100 Sammi Drive
Hopedale, OH 43976


West Texas Dumpsters
6100 Lake Forrest Dr., Ste. 505
Atlanta, GA 30328


Wilgus & Company
P.O. Box 186
Cadiz, OH 43907


Worldwide Rental Services
106 South 1st Street
Martins Ferry, OH 43935


YAK MAT, LLC
P.O Box 95434
Grapevine, TX 76099-9734


YSI Incorporated
PO Box 640373
Cincinnati, OH 45264-0363

# United States Bankruptcy Court
## Southern District of Texas

In re  **Two Guns Consulting & Construction, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Two Guns Consulting & Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 11, 2020**

Date

/s/ Shelby A. Jordan

**Shelby A. Jordan**

Signature of Attorney or Litigant

Counsel for   **Two Guns Consulting & Construction, LLC**

**Jordan, Holzer & Ortiz, P.C.**

**500 North Shoreline Blvd.**
**Suite 900**
**Corpus Christi, TX 78401**
**361.884.5678 Fax:361.888.5555**
**sjordan@jhwclaw.com**