*Exhibit B-2 to Appendix 5005: If filing "bare-bones" petition, matrix, & 20 largest unsecured list.*

**United States Bankruptcy Court**
**Southern District of Texas**

In re   Two Guns Consulting & Construction, LLC

Debtor(s)

Case No.   20-20077
Chapter   11

*United States Courts*
*Southern District of Texas*
*FILED*

*FEB 12 2020*

*David J. Bradley, Clerk of Court*

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■   I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:   2/11/20

**Charles Luke Duncan**, Sole Managing Member

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   2/11/20

Shelby A. Jordan, Attorney for Debtor
500 North Shoreline Blvd.
Suite 900
Corpus Christi, TX 78401
361.884.5678 Fax:361.888.5555

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Adopted: December 1, 2004
Best Case Bankruptcy