**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Two Guns Consulting & Construction, LLC**<br>Name | EIN  **46−1736235** |
| United States Bankruptcy Court  **Southern District of Texas**<br>Case number:  **20−20077** | | Date case case filed for chapter  **11**   **2/11/20** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                         12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Two Guns Consulting & Construction, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4136 IH 37 N. Service Road<br>Odem, TX 78370 | |
| 4. | **Debtor's attorney**<br>Name and address | Shelby A Jordan<br>Jordan, Holzer & Ortiz, PC<br>500 N Shoreline<br>Ste 900 N<br>Corpus Christi, TX 78401 | Contact phone  361−884−5678<br><br>Email:  ecf@jhwclaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401 | Hours open:<br>8:00 am − 5:00 pm Monday through Friday<br><br>Contact phone  (361) 888−3484<br><br>Date: 2/14/20 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **March 31, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Room 1107, 606 North Carancahua, Corpus Christi, TX 78476** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships)          **Notice of Chapter 11 Bankruptcy Case**          page 1

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: 6/29/20** For a governmental unit: **8/12/20** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

```
                           United States Bankruptcy Court
                             Southern District of Texas
In re:                                                                  Case No. 20-20077-drj
Two Guns Consulting & Construction, LLC                                 Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0541-2          User: dhan                  Page 1 of 4                  Date Rcvd: Feb 14, 2020
                              Form ID: 309F               Total Noticed: 155


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db             Two Guns Consulting & Construction, LLC,    4136 IH 37 N. Service Road,    Odem, TX  78370
aty           +Diane Wade Sanders,    Linebarger Goggan et al,    PO Box 17428,   Austin, TX 78760-7428
10920602       378-Praxair Distribution Inc.,    PO Box 120812,    Dept 0812,   Dallas, TX 75312-0812
10920603      +3C Industrial, LLC,    PO Box 60233,    Corpus Christi, TX 78466-0233
10920604      +4Warriors Hydro Excavating,    PO Box 2407,    Elk City, OK 73648-2407
10920605      +Adamson & Company, LLC,    4101 S. Alameda,    Corpus Christi, TX 78411-1528
10920606       Ahern Rentals,    PO Box 271390,    Las Vegas, NV 89127-1390
10920607       Airgas USA, LLC,    PO Box 802576,    Chicago, IL 60680-2576
10920608       Alex E. Paris Equip & Sales Co.,    1595 Smith Township State Road,    Atlasburg, PA 15004
10920609      +AllTerra Central,    116 E. Huntland Drive,    Austin, TX 78752-3702
10920610       Altorfer Rents,    PO Box 1347,    Cedar Rapids, IA 52406-1347
10920612      #+American Hallmark Insurance Company,    of Texas,    777 Main Street, Suite 1000,
                 Fort Worth, TX 76102-5314
10920614      +Amigos Equipment Corp.,    P.O. Box 4145,    Corpus Christi, TX 78469-4145
10920615       Anderson Equipment Company,    PO Box 823580,    Philadelphia, PA 19182-3580
10920616      +Appalachian Energy Solutions Inc.,    90 E. Songbird Road,    Bradford, PA 16701-4602
10920617       Atlas Trenchless, LLC,    1351 Broadway Street West,    Rockville, MN 56369
10920618      +B-C Equipment Sales, Inc.,    PO Box 10345,    Corpus Christi, TX 78460-0345
10920619       Badger Daylight Corp.,    75 Remittance Drive, Suite 3185,    Chicago, IL 60675-3185
10920620      +Barnett & Garcia, PLLC,    Attn: Lawrence J. Falli,    3821 Juniper Trace, #108,
                 Austin, TX 78738-5514
10920621      +Basin Industrial X-Ray,    PO Box 4901,    Corpus Christi, TX 78469-4901
10920622      +Belmont Aggregates, Inc.,    P.O Box 349,    Bridgeport, OH 43912-0349
10920623      +Branscomb Law,    Attn: J.D. Egbert and Jim Clancy,    802 N. Carancahua, Ste. 1900,
                 Corpus Christi, TX 78401-0036
10920624      +Bridgeport Equipment & Tool,    15 Acme Street,    Marietta, OH 45750-3305
10920625      +Bucci, Joseph H.,    Rothman Gordon, PC,    310 Grant St.,    Third Floor-Grant Building,
                 Pittsburgh, PA 15219-2205
10920626      +Buckeye Tire Service Inc.,    629 Steubenville Ave.,    Cambridge, OH 43725-2241
10920628       CAT Financial Commercial Account,    Dept 30-2000158507,    PO Box 9001036,
                 Louisville, KY 40290-1036
10920629      +CC Disposal Service,    PO Box 2680,    San Antonio, TX 78299-2680
10920630      +CEC Corrosion Services, LLC,    PO Drawer D,    Sinton, TX 78387-0169
10920627      +Carber Holdings, Inc.,    PO Box 17141,    Denver, CO 80217-0141
10920631      +Challenger Services,    4530 S. Jackson Ave.,    Tulsa, OK 74107-7042
10920634      +Coastal Tool & Supply,    4930 IH 37,    Corpus Christi, TX 78407-1712
10920635      +Coastal Valve & Equipment,    PO Box 864,    George West, TX 78022-0864
10920636      +Columbus Equipment Supply,    P.O. Box 951400,    Cleveland, OH 44193-0016
10920637       Contractors Building Supply Co, LLC,    Dept. 142,    PO Box 4458,    Houston, TX 77210-4458
10920638       Cross Country Pipeline Supply Co.,    PO Box 843851,    Kansas City, MO 64184-3851
10920639      +D6 Investment Partners, LLC,    1230 CR 22,    Corpus Christi, TX 78415-6902
10920642      +DBI, Inc.,    15440 W. 109th St.,    Lenexa, KS 66219-1306
10920644      +DISA Global Solution, Inc.,    Dept. 3731,    PO Box 123731,    Dallas, TX 75312-3731
10920646       DNOW LP,    PO Box 200822,    Dallas, TX 75320-0822
10920650      +DW Dickey & Sons, Inc.,    PO Box 189,    Lisbon, OH 44432-0189
10920640      +Darby Equipment Company,    2940 N. Toledo Avenue,    Tulsa, OK 74115-2707
10920641      +Darr Farms, LLC,    21284 TR 257,    Newcomerstown, OH 43832-9660
10920643      +Dino Piergallini & Sons,    41040 Cadiz-Dennison Road,    Cadiz, OH 43907-9575
10920647      +Duncan, Charles,    13807 FM 1944,    Odem, TX 78370-4210
10920648      +Duncan, Charles Luke,    1230 CR 22,    Corpus Christi, TX 78415-6902
10920649      +Duncan, Kenneth,    13789 FM 1944,    Odem, TX 78370-4108
10920651      +Ellingson Drainage, Inc.,    56113 State Hwy 56,    West Concord, MN 55985-6066
10920652      +Emens Wolper Jacobs & Jasin,    Attn: Todd Kildow,    250 W. Main St. Suite A,
                 Saint Clairsville, OH 43950-1068
10920653      +Enviroserve,    4600 Brookpark Road,    Cleveland, OH 44134-1012
10920654      +Espy Brothers, LLC,    PO Box 1712,    Pecos, TX 79772-1712
10920655      +Farmers Oil Company,    313 State Street,    Nokomis, IL 62075-1325
10920656      +Flow Control Equipment,    PO Box 60939,    Lafayette, LA 70596-0939
10920657       Flow Zone LLC,    Dept. 248,    PO Box 4346,    Houston, TX 77210-4346
10920658      +FuelCo Energy LLC,    12140 Wickchester Ln., Suite 100,    Houston, TX 77079-1211
10920659       Great Lakes Petroleum,    P.O. Box 780040,    Philadelphia, PA 19178-0040
10920660       Guernsey Scrap Recycling Trucking, LLC,    PO Box 2047,    Caldwell, OH 43724
10920666       HMT, LLC,    PO Box 841686,    Dallas, TX 75284-1686
10920662      +Hamlin & Jones Excavation and Drainage,    19101 White Settlement Trail,
                 Nokomis, IL 62075-4225
10920663      +Heartbreak Trucking, LLC,    PO Box 187,    Banquete, TX 78339-0187
10920664      +Highway Equipment Company of Ohio,    P.O Box 645310,    Pittsburgh, PA 15264-5251
10920665      +Hilton Plumbing,    103 W. 2nd Street,    Pana, IL 62557-1303
10920667      +Home City Ice Company,    PO Box 111116,    Cincinnati, OH 45211-1116
10920668      +Horizon Supply Company,    311 White Street,    New Castle, PA 16101-4079
10920669      +Howard Concrete Pumping Co., Inc.,    701 Millers Road,    Cuddy, PA 15031-9742
10920670      +Hytroc,    333 Route 17 North,    Mahwah, NJ 07430-2129
10920671      +Idealease-Rush Truck Leasing,    PO Box 2208,    Decatur, AL 35609-2208
10920672      +Integrity Gas Services,    7906 N. Sam Houston Pkwy W,    Suite 202,    Houston, TX 77064-3464
```

```
District/off: 0541-2           User: dhan                      Page 2 of 4              Date Rcvd: Feb 14, 2020
                               Form ID: 309F                   Total Noticed: 155


10920674       +J & B Pipeline Supply Inc.,    PO Box 1814,    Baytown, TX 77522-1814
10920675        J.J. Keller & Associates, Inc.,     PO Box 6609,    Carol Stream, IL 60197-6609
10920676        JAN X-Ray Services, Inc.,    PO Box 29253,    New York, NY 10087-9253
10920678       +Jefferson Gas Gathering Company LLC,     Attn: General Counsel,    1515 Arapahoe Street,
                 Tower 1, Suite 1600,    Denver, CO 80202-3150
10920677       +Jefferson Gas Gathering Company LLC,     Attn: Greg Floerke, COO,    1515 Arapahoe Street,
                 Tower 1, Suite 1600,    Denver, CO 80202-3150
10920679       +Jones-Portajons,    20424 Cadiz Road,    Freeport, OH 43973-9615
10920682      ++KOMATSU FINANCIAL LIMITED PARTNERSHIP,     1701 W GOLF ROAD SUITE 1-300,
                 ROLLING MEADOWS IL 60008-4208
                (address filed with court:   Komatsu Financial,     P.O. Box 99303,    Chicago, IL 60693-9303)
10920680       +Kidder Law Firm,    Attn: Charles Kidder,    6375 Riverside Drive, Suite 200,
                 Dublin, OH 43017-5045
10920683       +La Copa Field Services, Inc.,    PO Box 336,    Sinton, TX 78387-0336
10920684       +Landshark Hydroexcavation Services, Inc.,     PO Box 841172,    Pearland, TX 77584-0004
10920686       +Leslie Equipment Company,    Attn: Tammy,    105 Tennis Center Drive,    Marietta, OH 45750-9765
10920687       +Ligonier Construction Co.,    P.O. Box 277,    Laughlintown, PA 15655-0277
10920688       +Litman Excavating,    836 1st Street,    New Martinsville, WV 26155-1502
10920689       +Longhorn Mulching, Inc.,    7003 E. State Highway 103,     Lufkin, TX 75901-1231
10920690       +Luby Equipment,    2300 Cassens Drive,    Fenton, MO 63026-2503
10920691        M&M Pump and Supply,    PO Box 790379,    Saint Louis, MO 63179-0379
10920700        MO-VAC Service Company of Alice Inc.,     PO Box 2237,    San Antonio, TX 78298-2237
10920703        MRC Global (US) Inc.,    PO Box 204392,    Dallas, TX 75320-4392
10920704       +MYOCO Pipeline Supply,    PO Box 35137,    Houston, TX 77235-5137
10920692       +Magnum Machine Works LLC,    7480 NW Caldwell Road,    Kidder, MO 64649-8128
10920693       +MarkWest Liberty Midstream & Resources,     Attn: Greg Floerke, COO,    1515 Arapahoe Street,
                 Tower 1, Suite 1600,    Denver, CO 80202-3150
10920694       +MarkWest Liberty Midstream & Resources,     Attn: General Counsel,    1515 Arapahoe Street,
                 Tower 1, Suite 1600,    Denver, CO 80202-3150
10920695       +Matheson Tri-Gas, Inc.,    Dept 3028,    PO Box 123028,    Dallas, TX 75312-3028
10920696       +Mattern Tire Ltd.,    519 Lincoln Ave.,    Cadiz, OH 43907-1029
10920697       +McKinney Drilling Company,    2434 Etring Avenue,    Corpus Christi, TX 78415-4001
10920698       +Miley Fencing,    54500 Sarahsville Road,    Senecaville, OH 43780-9603
10920699       +Millennium Torque & Tensioning, Inc.,     PO Box 13,    Eighty Four, PA 15330-0013
10920701       +Moore Control Systems, Inc.,    PO Box 677,    Katy, TX 77492-0677
10920702       +Moorhead Brothers, Inc.,    P.O. Box 124,    Blacksburg, SC 29702-0124
10920705       +National Inspection Services, LLC,     110 Harold Gauthe Rd,    Scott, LA 70583-5284
10920706        National Lime & Stone Co.,    PO Box 120,    Findlay, OH 45839-0120
10920707        Nicolozakes Trucking & Construction, Inc,     PO Box 670,    Cambridge, OH 43725-0670
10920708       +Novel Coworking,    720 Rusk,    Houston, TX 77002-2713
10920711       +OQSG,    2301 E Lamar Blvd., Suite 250,    Arlington, TX 76006-7497
10920710        Ohio CAT,    Box 774439,    4439 Solutions Center,    Chicago, IL 60677-4004
10920712       +Overstreet & Nestor, LLC,    Attn: David R. Overstreet,     461 Cochran Road, Box 237,
                 Pittsburgh, PA 15228-1253
10920714       +Pipelines, Inc.,    PO Box 2027,    East Liverpool, OH 43920-0027
10920715        PowerPlan,    21310 Network Place,    Chicago, IL 60673-1213
10920716       +Price Supply, Inc.,    109 Cason Road,    Broussard, LA 70518-3254
10920717       +Probst Electric,    20897 Fillmore Trail,    Fillmore, IL 62032-2211
10920718       +Producers Supply Company, Inc.,    121 Kiwi Drive,    Waynesburg, PA 15370-8080
10920719       +Prosperity Bank,    14201 Northwest Blvd.,    Corpus Christi, TX 78410-5505
10920720       +Provident Farm Supply, Inc.,    69616 Vineyard Road,     Saint Clairsville, OH 43950-8729
10920721       +Randy’s Roll Off.,    500 Young Street,    Nokomis, IL 62075-1449
10920722       +Ray, Don and Keiper, Reta,    144 Lakeview Drive,    Mathis, TX 78368-9437
10920723        Renfrow & Company, Inc.,    PO Box 3519,    Corpus Christi, TX 78463-3519
10920727      ++SOUTHEASTERN EQUIPMENT CO INC,    ATTN DAWN BOOE,    PO BOX 536,    CAMBRIDGE OH 43725-0536
                (address filed with court:   Southeastern Equipment Co., Inc.,     P.O. Box 536,
                 Cambridge, OH 43725)
10922594       +San Patricio County,    c/o Diane W. Sanders,    Linebarger Goggan Blair & Sampson, LLP,
                 P.O Box 17428,    Austin, TX 78760-7428
10920724       +Sandbags LLC,    4301 S. Valley View Blvd., Ste. 19,     Las Vegas, NV 89103-4008
10920725       +Sideline Testing, LLC,    528 W Fourth St.,    Sinton, TX 78387-3307
10920726       +Sonntag, Elaine,    P.O. Box 425,    Sheridan, TX 77475-0425
10920728        Specialty Polymer Coatings, USA, Inc.,     PO Box 677976,    Dallas, TX 75267-7976
10920729       +Spoonster, Joseph R.,    1559 Corporate Woods, Suite 250,     Uniontown, OH 44685-7822
10920730       +Sprint Waste Services, LP,    PO Box 732411,    Dallas, TX 75373-2411
10920731       +Stark & Knoll,    3475 Ridgewood Road,    Akron, OH 44333-3163
10920733       +Survey Equipment Services, Inc.,    1775 Westborough Drive,     Katy, TX 77449-3295
10920735       +TEI Analytical Services, Inc.,    P.O. Box 534,    Washington, PA 15301-0534
10920740       +TNT Crane & Rigging, Inc.,    PO Box 847561,    Dallas, TX 75284-7561
10920734        Team Industrial Services,Inc.,    P.O. Box 842233,    Dallas, TX 75284-2233
10920736        Texas First Rentals, LLC,    PO Box 650869,    Dallas, TX 75265-0869
10920737       +Texas Fueling Services, Inc.,    PO Box 207466,    Dallas, TX 75320-7466
10920738       +Texas Throne,    PO Box 997,    Portland, TX 78374-0997
10920741        Total Safety U.S., Inc.,    P.O. Box 974686,    Dallas, TX 75397-4686
10920745       +US Bagging,    PO Box 39,    Gnadenhutten, OH 44629-0039
10920746       +Veriforce,    1575 Sawdust Road, #600,    The Woodlands, TX 77380-3859
10920747        Viking Mat Company,    PO Box 842612,    Dallas, TX 75284-2612
10920748       +Water Transport, LLC,    100 Sammi Drive,    Hopedale, OH 43976-7713
10920749       +West Texas Dumpsters,    6100 Lake Forrest Dr., Ste. 505,     Atlanta, GA 30328-3836
10920750       +Wilgus & Company,    P.O. Box 186,    Cadiz, OH 43907-0186
```

```
District/off: 0541-2           User: dhan                  Page 3 of 4                   Date Rcvd: Feb 14, 2020
                               Form ID: 309F               Total Noticed: 155


 10920751       +Worldwide Rental Services,    106 South 1st Street,    Martins Ferry, OH 43935-1891
 10920752       +YAK MAT, LLC,    P.O Box 95434,    Grapevine, TX 76099-9735
 10920753        YSI Incorporated,    PO Box 640373,    Cincinnati, OH 45264-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Feb 14 2020 21:34:39      Hector Duran, Jr,
                 U.S. Trustee,    515 Rusk,    Ste 3516,    Houston, Tx 77002-2604
aty              E-mail/Text: ecf@jhwclaw.com Feb 14 2020 21:32:57      Shelby A Jordan,
                 Jordan, Holzer & Ortiz, PC,    500 N Shoreline,    Ste 900 N,    Corpus Christi, TX  78401
ust             +E-mail/Text: ustpregion07.cc.ecf@usdoj.gov Feb 14 2020 21:34:43      US Trustee,
                 606 N Carancahua,    Corpus Christi, TX 78401-0680
10920611         EDI: AMEREXPR.COM Feb 15 2020 01:58:00      American Express,    PO Box 650448,
                 Dallas, TX 75265-0448
10920632         EDI: CHASE.COM Feb 15 2020 01:58:00      Chase Card Services,    P.O. Box 94014,
                 Palatine, IL 60094-4014
10920633         E-mail/Text: coastalcredit@brenntag.com Feb 14 2020 21:35:47      Coastal Chemical Co LLC,
                 Department 22,    P.O. Box 122214,    Dallas, TX 75312-2214
10920661        +E-mail/Text: haasseptic@gmail.com Feb 14 2020 21:36:01
                 Haas Septic & Portable Toilet Service,    PO Box 37,    Lower Salem, OH 45745-0037
10920673         EDI: IRS.COM Feb 15 2020 01:58:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
10920681        +E-mail/Text: mmitchell@kimblecompanies.com Feb 14 2020 21:35:40
                 Kimble Recycling & Disposal, Inc.,    PO Box 448,    Dover, OH 44622-0448
10920685        +E-mail/Text: jsams@jeffsamslaw.com Feb 14 2020 21:34:51      Law Office of Jeffrey B. Sams, LLC,
                 10400 Blacklick Eastern Road NW,    Suite 140,    Pickerington, OH 43147-7702
10920709        +E-mail/Text: kathy.odonnell@nustarenergy.com Feb 14 2020 21:35:56      NuStar Energy, LP,
                 19003 IH-10,    San Antonio, TX 78257-9518
10920732         E-mail/Text: lwalpole@semicrawlers.com Feb 14 2020 21:33:01
                 Sunbelt Equipment Marketing, Inc.,    500 Davenport Drive,    College Station, TX 77845
10920739         E-mail/Text: ridpacer@twc.state.tx.us Feb 14 2020 21:35:33      Texas Workforce Commission,
                 Bankruptcy Unit, Room 556,    101 E. 15th Street,    Austin, TX 78778-0001
10920742         E-mail/Text: accounts.receivable@uline.com Feb 14 2020 21:35:24      Uline,    PO Box 88741,
                 Chicago, IL 60680-1741
10920743         E-mail/PDF: sluna@ur.com Feb 14 2020 21:40:23      United Rentals (North America) Inc.,
                 P.O. Box 840514,    Dallas, TX 75284-0514
10920744        +E-mail/Text: ustpregion07.cc.ecf@usdoj.gov Feb 14 2020 21:34:43      United States Trustee,
                 606 North Carancahua, Suite 1107,    Corpus Christi, TX 78401-0680
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               San Patricio County
10920613        ##+American Steel & Supply Inc.,    P.O. Box 9721,    Corpus Christi, TX 78469-9721
10920645        ##+DMI International,    15715 East Pine Street,    Tulsa, OK 74116-2442
10920713        ##+Pipeline Supply & Service,    1010 Lamar, Ste. 710,    Houston, TX 77002-6312
                                                                                   TOTALS: 1, * 0, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                         Signature:  /s/Joseph Speetjens

```
District/off: 0541-2          User: dhan              Page 4 of 4                Date Rcvd: Feb 14, 2020
                              Form ID: 309F           Total Noticed: 155
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
              Diane Wade Sanders    on behalf of Creditor    San Patricio County austin.bankruptcy@publicans.com
              Hector  Duran, Jr   on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Shelby A Jordan    on behalf of Debtor    Two Guns Consulting & Construction, LLC ecf@jhwclaw.com
              US Trustee    USTPRegion07.CC.ECF@USDOJ.GOV
                                                                                                  TOTAL: 4
```