UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| **Two Guns Consulting &** | § | |
| **Construction, LLC** | § | Case No. 20-20077 |
| | § | |
| Debtor | § | (Chapter 11) |

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTIFICATION**

TO THE HONORABLE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Now comes LIGONIER CONSTRUCTION COMPANY, INC., creditor and interested party in the above-styled and numbered case ("Applicant"), by and through its attorneys, Branscomb PLLC, by Patrick H. Autry, and files this Entry of Appearance and Request for Notification pursuant to Bankruptcy Rules 9010 and 2002 and the Local Rules of this Court, and would show the Court as follows:

1)   Applicant is a creditor and interested party in this case.  Applicant has a right to receive notice of those matters filed in this case which affect Applicant, including, but not limited to, CONTESTED and NON-CONTESTED MATTERS and ADVERSARY PROCEEDINGS, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

2)   Applicant requests that notice of those CONTESTED or NON-CONTESTED matters or ADVERSARY PROCEEDINGS affecting Applicant and set for hearing in this case be sent to the following:

>   Patrick H. Autry
>   BRANSCOMB PLLC
>   8023 Vantage Drive
>   Suite 560
>   San Antonio, Texas  78230
>   Email: pautry@branscomblaw.com

PLEASE TAKE FURTHER NOTICE that in filing this Entry of Appearance and Request for Notification, Applicant does not consent to have any matter heard in the Bankruptcy Court; does not waive any right that it may have to contest jurisdiction in any proceeding involving its claims or interests; does not waive the right to seek dismissal of the case, does not waive the right under applicable non-bankruptcy law to trial by jury; and does not consent to have any such trial conducted in the Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that the name and address of its counsel as hereinabove stated be put on the mailing matrix to receive notices of any and all CONTESTED or NON-CONTESTED matters affecting Applicant filed in this case, including any ADVERSARY PROCEEDING affecting Applicant within the context of this case, pursuant to Bankruptcy Rule 2002 and the Local Rules of this Court.

Dated: February 20, 2020.

Respectfully submitted,

BRANSCOMB PLLC
8023 Vantage Drive
Suite 560
San Antonio, Texas  78230
Telephone     210-598-5400
Telecopier    210-598-5405
Email         pautry@branscomblaw.com

BY:    /s/ Patrick H. Autry_____
       Patrick H. Autry
       State Bar No. 01447600
       ATTORNEYS FOR
       LIGONIER CONSTRUCTION
       COMPANY, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Entry of Appearance and Request for Notification was served by first-class mail, postage prepaid, this 20th day of February, 2020 upon the following:

*Counsel for Debtor:*

Shelby A. Jordan
Jordan, Holzer & Ortiz, P.C.
500 North Shoreline Blvd.
Suite 900
Corpus Christi, TX  78401

/s/ Patrick H. Autry
Patrick H. Autry