IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: TWO GUNS CONSULTING | § | CASE NO.  20-20077 |
| & CONSTRUCTION, LLC, | § | |
| Debtor. | § | CHAPTER 11 |

**ORDER AUTHORIZING RETENTION OF JORDAN, HOLZER & ORTIZ, P.C. AS BANKRUPTCY COUNSEL FOR DEBTOR**

The Court has considered the Application of Debtor For Approval of Retention of Jordan, Holzer & Ortiz, P.C. as Bankruptcy Counsel For Debtor ("Application") in this bankruptcy case. After consideration of the Application and the affidavit attached thereto, the Court finds that the Debtor's retention of Jordan, Holzer & Ortiz, P.C. is in the best interest of the Debtor's estate and that the Application should be granted as stated in this Order and any objections overruled.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Debtor's Application and the terms of the Debtor's engagement of Jordan, Holzer & Ortiz, P.C. as Debtor's bankruptcy counsel, as stated in the Application and its attachments are approved.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the Application and this Order.

Dated:_____.

_____
UNITED STATES BANKRUPTCY JUDGE

Order submitted and entry requested by:
Nathaniel Peter Holzer
*Jordan, Holzer & Ortiz, P.C.*
500 North Shoreline Boulevard, Suite 900
Corpus Christi, TX 78401-0341
**PROPOSED ATTORNEYS FOR
DEBTOR AND DEBTOR-IN-POSSESSION**