IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: TWO GUNS CONSULTING | § | CASE NO. 20-20077 |
| & CONSTRUCTION, LLC, | § | |
| Debtor. | § | CHAPTER 11 |

**APPLICATION OF DEBTOR FOR APPROVAL OF RETENTION OF STARK & KNOLL AS SPECIAL COUNSEL ON CONTINGENT FEE AGREEMENT PURSUANT TO 11 USC §§ 327(e) AND 328(a)**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

Two Guns Consulting & Construction, LLC. ("Debtor") files this Application of Debtor for Approval of Retention of Stark & Knoll as Special Counsel On Contingent Fee Agreement Pursuant To 11 USC §§ 327(e) And 328(a), and would show the Court as follows:

1. On February 11, 2020, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. The Debtor remains in possession of its property and is operating its business as a debtor-in-possession, pursuant to section 1107 and 1108 of the Bankruptcy Code. No committee, trustee or examiner has been appointed.

2. The Debtor asks that Stark & Knoll be approved as special counsel to continue its representation of the Debtor in connection with its claims against MarkWest Liberty Midstream & Resources, LLC, and Jefferson Gas Gathering Company, LLC in a suit styled *In re: Two Guns Consulting & Construction, LLC v. MarkWest Liberty Midstream & Resources, LLC and*

*Jefferson Gas Gathering Company, LLC*; Case Number 19CV00472; in the Court of Common Pleas, Jefferson County, Ohio.

3. Stark & Knoll has agreed to represent the Debtor on a contingency fee basis as set forth on the engagement letter, which is attached to the affidavit of Michael R. Fortney, attached hereto as Exhibit A.

4. Stark & Knoll has not requested a post-petition retainer from the Debtor at this time.

5. Stark & Knoll will file applications for approval of its fees and expenses.

6. To the best of the Debtor's knowledge and belief, Stark & Knoll holds or represents no interest adverse to the Debtor and has no connection of any kind or nature with the creditors or other parties to this case, or their respective attorneys, which is adverse to the interests of the Debtor on the matter for which it is engaged.

The Debtor requests this Court approve its retention and employment of Stark & Knoll, as Special Litigation Counsel for the Debtor pursuant to 11 USC §§ 327(e) And 328(a), on the terms set forth in this application and the engagement letter attached to the affidavit of Michael R. Fortney, and for all other relief to which it may be entitled.

Respectfully submitted,

/s/ Nathaniel Peter Holzer
Nathaniel Peter Holzer
Texas Bar No. 00793971
***Jordan, Holzer & Ortiz, P.C.***
500 North Shoreline Boulevard, Suite 900
Corpus Christi, TX 78401-0341
Telephone: 361.884.5678
Facsimile: 361.888.5555
Email: sjordan@jhwclaw.com
Email: pholzer@jhwclaw.com
**PROPOSED ATTORNEYS FOR DEBTOR TWO GUNS CONSULTING & CONSTRUCTION, LLC**

## CERTIFICATE OF SERVICE

    I certify that on February 20, 2020, a true and correct copy of the foregoing was served electronically to all parties registered with the Court's electronic noticing system and to all creditors shown on the attached list via U.S. First class mail.

_/s/  Nathaniel Peter Holzer_
Nathaniel Peter Holzer

**ECF Service List**

| United States Trustee<br>606 N. Carancahua, Ste. 1107<br>Corpus Christi, TX 78401<br>USTPRegion07.CC.ECF@USDOJ.GOV | <u>Counsel for San Patricio County</u><br>Diane Sanders<br>Linebarger, Goggan, Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760<br>austin.bankruptcy@publicans.com | <u>Counsel for Ligonier Construction Company, Inc.</u><br>Patrick H. Autry<br>Branscomb PC<br>8023 Vantage Drive, Suite 560<br>San Antonio, TX 78230<br>pautry@branscomblaw.com<br>bsmith@branscomblaw.com |
|---|---|---|
| | | |

Served via U.S. first class mail, postage prepaid:

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Solutions<br>P.O. Box 7346<br>Philadelphia, PA. 19101-7346 | Texas Workforce Commission<br>Bankruptcy Unit, Room 556<br>101 E. 15th Street<br>Austin, TX. 78778-0001 | Alex E. Paris Equip & Sales Co.<br>1595 Smith Township State Rd.<br>Atlasburg, PA 15004 |
| Atlas Trenchless, LLC<br>1351 Broadway Street West<br>Rockville, MN 56369 | Badger Daylight Corp.<br>75 Remittance Dr., Suite 3185<br>Chicago, IL 60675-3185 | Belmont Aggregates, Inc.<br>PO Box 349<br>Bridgeport, CT 43912 |
| Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | Darby Equipment Company<br>2940 N. Toledo Avenue<br>Tulsa, OK 74115 | DBI, Inc.<br>15440 W. 109th St.<br>Lenexa, KS 66219 |
| Horizon Supply Company<br>311 White Street<br>New Castle, PA 16101 | Leslie Equipment Company<br>Attn: Tammy<br>105 Tennis Center Drive<br>Marietta, GA 45750 | Ligonier Construction Co.<br>PO Box 277<br>Laughlintown, PA 15655 |
| Longhorn Mulching Co.<br>7003 E. State Highway 103<br>Lufkin, TX 75901 | Luby Equipment<br>2300 Cassens Drive<br>Fenton, MO 63026 | Magnum Machine Works, LLC<br>7480 NW Caldwell Road<br>Kidder, MO 64649 |
| McKinney Drilling Company<br>2434 Etring Avenue<br>Corpus Christi, TX 78415 | Miley Fencing<br>54500 Sarahsville Road<br>Senecaville, OH 43780 | Moorhead Brothers, Inc.<br>PO Box 124<br>Blacksburg, SC 29702 |
| Ohio CAT<br>Box 774439<br>4439 Solutions Center<br>Chicago, IL 60677-4004 | Southeastern Equipment Co., Inc.<br>PO Box 536<br>Cambridge, OH 43725 | United Rentals (North America), Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 |
| YAK MAT, LLC<br>PO Box 95434<br>Grapevine, TX 76099-9734 | Jim Clancy<br>JD Egbert<br>Branscomb Law<br>802 N. Carancahua, Ste. 1900<br>Corpus Christi, TX 78401 | Prosperity Bank<br>Attn: Bill Hailey<br>14201 Northwest Blvd.<br>Corpus Christi, TX 78410 |
| Komatsu Financial<br>PO Box 99303<br>Chicago, IL 94583 | | |