IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: TWO GUNS CONSULTING | § | CASE NO.  20-20077 |
| & CONSTRUCTION, LLC, | § | |
| Debtor. | § | CHAPTER 11 |

**ORDER AUTHORIZING DEBTOR'S RETENTION STARK & KNOLL AS SPECIAL COUNSEL AND APPROVAL OF CONTINGENT FEE AGREEMENT PURSUANT TO 11 USC §§ 327(e) AND 328(a)**

The Court has considered the Application of Debtor For Approval of Retention Of The Stark & Knoll, as Special Counsel On Contingent Fee Agreement Pursuant To 11 USC §§ 327(e) And 328(a) ("Application"). After consideration of the Application, the affidavit of Michael R. Fortney attached thereto and the engagement letter attached to the Fortney affidavit, and the lack of any objections thereto, the Court finds that the Debtor's retention of Stark & Knoll pursuant to the terms and conditions of the Application and the engagement letter is in the best interest of the Debtor's estate and that the Application should be granted  pursuant To 11 USC §§ 327(e) and 328(a).

ACCORDINGLY, IT IS ORDERED that the Debtor is authorized to retain Stark & Knoll pursuant To 11 USC §§ 327(e) and 328(a) under the terms and conditions of the Application and the engagement letter attached to the affidavit of Michael R. Fortney.

Dated:_____.

_____
UNITED STATES BANKRUPTCY JUDGE