```
System Date: 2/12/2020                                  Unique Staff Leasing III LTD                                          Page:        1
User Date:   2/12/2020                                                                                                        User ID: CiaraT
Time:        8:29:39 AM              Case 20-20077   Document 11-1   Filed in TXSB on 02/24/20   Page 1 of 3
                                                              Calculate Checks
```

**\*\* Preview \*\***

```
Ranges:                                          Sort By:                                    Legend:
  Build Pay Period Date: 1/27/2020 - 2/9/2020        Client/ Employee Last Name                 * = Recaptured Amount: Deductions from Employee
  Build Check Date:      2/14/2020                                                                                     Benefits from Employee and Client
```

| Earnings | | | | | | | | Deductions | | Taxes | | Net Pay | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Pos | Rate/Rcpt | Hours | Amount | Bill Rate | Code | Amount | Code | Amount | Amount | Code | Amount |
| | Department Description | | | Position Description | | | | | | | | | | |

**Client:    TGC   Two Guns Consulting & Construc**

**Duncan, C▉▉▉**                                           TX-TGC-DUNC8091
SLREG   Salary         TGC    OWNER    $3,600.00    80.00         $3,600.00                              FICA Soc Sec Withhe    $223.20       $3,061.95
   Two Guns Consulting Const    Owner
                                                                                                         FICA Medicare Withh     $52.20

                                                                                                         Federal Withheld       $262.65

-------------------                                        --------------------                          ----------         ------------------------------    ---------

Employee Totals:                                    80.00         $3,600.00                                     $0.00                          $538.05        $3,061.95         $0.00

**Gracia, J▉▉▉**                                           TX-TGC-GRAC9053
HRREG   Hourly         TGC    000000   $19.00       70.00         $1,330.00                  CHILD       $230.77   FICA Soc Sec Withhe     $82.46         $995.49
   Two Guns Consulting Const    Overhead
                                                                                             GARNFE        $2.00   FICA Medicare Withh     $19.28

-------------------                                        --------------------                          ----------         ------------------------------    ---------

Employee Totals:                                    70.00         $1,330.00                                   $232.77                          $101.74          $995.49         $0.00

**Jemison, J▉▉▉**                                          TX-TGC-JEMI2923
HRREG   Hourly         TGC    000000   $16.50        2.00            $33.00                              FICA Soc Sec Withhe      $2.05          $30.47
   Two Guns Consulting Const    Overhead
                                                                                                         FICA Medicare Withh      $0.48

-------------------                                        --------------------                          ----------         ------------------------------    ---------

Employee Totals:                                     2.00            $33.00                                     $0.00                            $2.53          $30.47         $0.00

**Youngblood I▉▉  Fr▉▉▉**                                  TX-TGC-YOUN0679
SLREG   Salary         TGC    MGR      $3,269.23    80.00         $3,269.23                              FICA Soc Sec Withhe    $202.70       $3,298.36
   Two Guns Consulting Const    Manager
MILE    Bus Expense    TGC    000000                                $502.20                              FICA Medicare Withh     $47.41
   Two Guns Consulting Const    Overhead
                                                                                                         Federal Withheld       $222.96

-------------------                                        --------------------                          ----------         ------------------------------    ---------

Employee Totals:                                    80.00         $3,771.43                                     $0.00                          $473.07        $3,298.36         $0.00

**Client Totals for TGC**

[EXHIBIT 1]

System Date: 2/12/2020  
User Date: 2/12/2020  
Time: 8:29:39 AM

**Unique Staff Leasing III LTD**  
Case 20-20077   Document 11-1   Filed in TXSB on 02/24/20   Page 2 of 3  
**Calculate Checks**  
\*\* Preview \*\*

Page: 2  
User ID: CiaraT

Ranges:  
  Build Pay Period Date: 1/27/2020 - 2/9/2020  
  Build Check Date: 2/14/2020

Sort By:  
  Client/ Employee Last Name

Legend:  
  \* = Recaptured Amount: Deductions from Employee  
  Benefits from Employee and Client

| Earnings | | | | | | | | Deductions | | Taxes | | Net Pay | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Pos | Rate/Rcpt | Hours | Amount | Bill Rate | Code | Amount | Code | Amount | Amount | Code | Amount |
| | Department Description | | | Position Description | | | | | | | | | | |
| HRREG | Hourly | | | | 72.00 | $1,363.00 | | CHILD | $230.77 | Federal Withheld | $485.61 | $7,386.27 | | |
| MILE | Bus Expense | | | | | $502.20 | | GARNFE | $2.00 | FICA Medicare Withh | $119.37 | | | |
| SLREG | Salary | | | | 160.00 | $6,869.23 | | | | FICA Soc Sec Withhe | $510.41 | | | |
| Totals: | | | | | 232.00 | $8,734.43 | | | $232.77 | | $1,115.39 | $7,386.27 | | $0.00 |

ADD'L DETAILS:

WAGES                      $8,232.23

NON-WAGE BUSEXP        $502.20

System Date: 2/12/2020
User Date: 2/12/2020
Time: 8:29:39 AM

Page: 3
User ID: CiaraT

# Unique Staff Leasing III LTD
Case 20-20077   Document 11-1   Filed in TXSB on 02/24/20   Page 3 of 3
## Calculate Checks
** Preview **

```
Ranges:                                          Sort By:                              Legend:
  Build Pay Period Date: 1/27/2020 - 2/9/2020      Client/ Employee Last Name            * = Recaptured Amount: Deductions from Employee
  Build Check Date:      2/14/2020                                                         Benefits from Employee and Client
```

| Earnings | | | | | | | | Deductions | | Taxes | | Net Pay | Benefits | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Pos | Rate/Rcpt | Hours | Amount | Bill Rate | Code | Amount | Code | Amount | Amount | Code | Amount |
| | Department Description | | | Position Description | | | | | | | | | | |

**Report Totals**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HRREG | Hourly | | | | 72.00 | $1,363.00 | | CHILD | $230.77 | Federal Withheld | $485.61 | $7,386.27 | | |
| MILE | Bus Expense | | | | | $502.20 | | GARNFE | $2.00 | FICA Medicare Withh | $119.37 | | | |
| SLREG | Salary | | | | 160.00 | $6,869.23 | | | | FICA Soc Sec Withhe | $510.41 | | | |
| | | | | | -------- | -------------- | | | ---------- | | -------------- | -------------- | | --------- |
| Totals: | | | | | 232.00 | $8,734.43 | | | $232.77 | | $1,115.39 | $7,386.27 | | $0.00 |

ADD'L DETAILS:

WAGES                          $8,232.23

NON-WAGE BUSEXP                  $502.20