IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: TWO GUNS CONSULTING | § | CASE NO.  20-20077 |
| & CONSTRUCTION, LLC, | § | |
| Debtor. | § | CHAPTER 11 |

**ORDER AUTHORIZING DEBTOR'S PAYMENT OF PREPETITION ACCRUED
EMPLOYEE WAGES; HONORING EXISTING PERSONNEL POLICIES IN THE
ORDINARY COURSE OF BUSINESS; MAKING PAYMENTS FOR WHICH PAYROLL
DEDUCTIONS WERE MADE; AND
PAYING ALL COSTS INCIDENT TO THE FOREGOING**

This matter came before the Court on the Motion of Debtor for an Order authorizing payment of pre-petition priority claims related to employee wages and related priority expenses (the "Motion").   The Court has reviewed the Motion and has determined that notice of the Motion was appropriate under the circumstances.   The Court has determined that the relief requested in the Motion is in the best interests of the Debtor and its estate. Accordingly, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtor is authorized, in its sole discretion, to pay outstanding pre-petition Compensation as well as Deductions; and it is further

ORDERED that the Debtor is authorized, in its sole discretion, to honor its existing employee benefit policies, including honoring pre-petition paid leave, holiday, and sick leave in the ordinary course of business; and it is further

ORDERED that the Debtor is authorized to pay all costs incident to pre-petition Compensation and Deductions, such as payroll-related taxes and processing costs.

SIGNED _____.

_____
UNITED STATES BANKRUPTCY JUDGE