UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

FEB 24 2020

David J. Bradley, Clerk of Court

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Main Case Number | 20-20077 |
|---|---|---|---|
| Debtor | In Re: | Two Guns Consulting & Construction, LLC | |

This lawyer, who is admitted to the State Bar of _____Delaware_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed State & Number |
|---|
| Michael Busenkell<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>(302) 425-5812<br>Delaware - Bar ID # 3933 |

Seeks to appear as the attorney for this party:

| Yak Mat, LLC | |
|---|---|
| Dated: February 18, 2020 | Signed: /s/ |

---

| COURT USE ONLY: The applicant's state bar reports their status as: __Active__. |
|---|
| Dated: 2/25/2020    Signed: _____ Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States Bankruptcy Judge