**Fill in this information to identify the case:**

Debtor name    **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-20077**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................    $     **5,215,448.02**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................    $     **5,215,448.02**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,372,295.27**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **2,986.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **3,659,521.59**

4.    **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b    $     **5,034,803.36**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-20077**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Prosperity Bank** | **Small business checking** | 6241 | $89,724.05 |
| 3.2. | **Charter Bank** | **Commercial checking** | 7130 | $18,504.62 |
| 3.3. | **First Community Credit Union** | **Business checking** | 1613 | $61,666.37 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $169,895.04 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Two Guns Consulting & Construction, LLC**
         Name                                         Case number *(If known)*  **20-20077**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:        89,968.25     -                    0.00   = ....                    $89,968.25
                           face amount              doubtful or uncollectible accounts

11b. Over 90 days old:        4,281,184.73     -                    0.00   = ....                   $4,281,184.73
                           face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                     $4,371,152.98
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **8 desks, chairs, 4 bookshelves, 1 conference table** | **$2,500.00** | **Comparable sale** | **$2,500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **4 laptop computers and 2 monitors** | **$3,000.00** | **Comparable sale** | **$3,000.00** |

Debtor  **Two Guns Consulting & Construction, LLC**
Name

Case number *(If known)*  **20-20077**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

**$5,500.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Hitachi Excavator ZX200LC-3 (lease to purchase from Elaine Sonntag)** | $80,000.00 | Comparable sale | $80,000.00 |
| 47.2. **See attached Exhibit B-47 page 1.** | $125,000.00 | Comparable sale | $125,000.00 |
| 47.3. **See attached Exhibit B-47 page 2** | $90,950.00 | Comparable sale | $90,950.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Komatsu D61PX-23 Crawler Dozer** | $190,000.00 | Comparable sale | $190,000.00 |
| **See attached Exhibit B-50.** | $172,950.00 | Comparable sale | $172,950.00 |
| **Misceallneous supplies, parts and tools** | $10,000.00 | scrap value | $10,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$668,900.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Two Guns Consulting & Construction, LLC**                     Case number *(If known)*  **20-20077**
         <sub>Name</sub>

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

---
**Part 9:**   **Real property**
---

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor leases building and yard at 4136 IH 37 N. Service Rd., Odem, TX 78370 from D6 Investment Partners** | **Leasehold Interest** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**                                                   | $0.00 |
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

---
**Part 10:**   **Intangibles and intellectual property**
---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property**<br>**Two Guns Consulting & Construction, LLC trade name** | **$0.00** | | **$0.00** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Two Guns Consulting & Construction, LLC**                          Case number *(If known)*  **20-20077**
Name

65.  **Goodwill**

66.  **Total of Part 10.**

| | |
|---|---|
| | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

| | |
|---|---|
| **Commerical Auto Policy EN1CA00004191 wih Everest Denali Insurance Company** | **$0.00** |
| **Equipment coverage policy  #IMP 4257198 05 00 from Great American Insurance Company of New York** | **$0.00** |
| **Commercial general liability #EN1ML00005-191 from Everest Indemnity Insurance Company** | **$0.00** |
| **Commerical excess liability policy #XNS0004790 from Scottsdale Insurance Company** | **$0.00** |
| **Commercial catastrophe liability policy #EN1CU00005-191 with Everest Indemnity Insurance Company** | **$0.00** |

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Two Guns Consulting & Construction, LLC**
          _Name_                                                    Case number _(If known)_   **20-20077**

| | | |
|---|---|---|
| **Claims in Case No. 19CV472; Two Guns Consulting & Construction, LLC v. MarkWest Midstream & Resources, LLC and Jefferson Gas Gathering Company, LLC in the Court of Common Pleas, Jefferson County, Ohio. Secured by mechanics & materialman's lien timely filed. (*see Footnote 1 below)** | | **See Footnote 1 below** |
| Nature of claim | **Breach of contract, damages, plus attorney's fees and interest** | |
| Amount requested | **See Footnote 1 below** | |

| | | |
|---|---|---|
| **Claims against Ligonier Construction Co. and its Pennsylvania-based counsel arising from improperly filed lawsuit in Pennsylvania.  Under investigation. Value unknown.** | | **Unknown** |
| Nature of claim | **Breach of contract, damages** | |
| Amount requested | **Unknown** | |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

78.   **Total of Part 11.**                                              **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Footnote 1: amount requested and current value of Debtor's interest is same amount shown on Schedule B #11b Accounts receivable Over 90 days-$4,281,184.73 with attorney's fees and interest**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Two Guns Consulting & Construction, LLC**

Name

Case number *(If known)*   **20-20077**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $169,895.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,371,152.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $668,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,215,448.02 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,215,448.02 |

| Class | Type | Year | Make | Color | Model / Description | VIN | License Plate | Lien Holder | Estimated Value |
|-------|------|------|------|-------|--------------------|-----|---------------|-------------|-----------------|
| Trailer | Float | 1994 | Lufkin | | 48' Float - Fixed Spread Axle | 1L01B4827R1111228 | 094C805 | Prosperity | $4,000.00 |
| Trailer | Tool/Office | 1995 | Trailmobile | | 48' Van Trailer | 1PT01JAH8S6004191 | | Prosperity | $6,000.00 |
| Trailer | Tool | 2000 | Hyundai | | 53' Van Trailer | 3H3V532C9YT091030 | 098B26B | Prosperity | $3,500.00 |
| Trailer | Pole Trailer | 2012 | Sunbelt | Red | Steerable Pipe Trailer | 459SU4025CL188030 | | Prosperity | $13,500.00 |
| Trailer | Lowboy | 1990 | Trail King | | TK100DGP-183 / 35 Ton / 53' Long | 1TKH04834LM125646 | 098B266 | Prosperity | $25,000.00 |
| Trailer | Float | 1996 | Lufkin | | 45' Float - Fixed Tandem Axle | 1LO1B4525T1123079 | | Prosperity | $5,000.00 |
| Auto | Haul Truck | 2003 | Mack | White | Mack Haul Truck w/Winch | 1M1AA18Y53W154335 | R206201 | Prosperity | $33,500.00 |
| Auto | Haul Truck | 2000 | Ford | White | F650 w/Red Flat Bed | 3FDNF65H8YMA65849 | 1SM619 | Prosperity | $5,500.00 |
| Auto | Haul Truck | 1999 | Mack | Red | Mack Haul Truck w/drop axle | 1M1AD62YXXW008323 | | Prosperity | $29,000.00 |

$125,000.00

EXHIBIT

B-47 page 1

exhibitsticker.com

| Class | Type | Year | Make | Color | Model / Description | VIN | License Plate | Lien Holder | Estimated Value |
|-------|------|------|------|-------|---------------------|-----|---------------|-------------|-----------------|
| Trailer | Gooseneck | 2013 | C&M | | 40' Gooseneck | 5VNGN4026DT113250 | 179357H | None | $7,200.00 |
| Trailer | Tool | 2011 | Fruehauf | | 48' Van Trailer | 53PWB2426BX215500 | 53116L | None | $6,000.00 |
| Trailer | Utility | 2016 | PJ | | 20' Utility Trailer | 4P5P82028G1243456 | | None | $1,500.00 |
| Trailer | Utility | 2016 | PJ | | 20' Utility Trailer | 4P5P82022G1244683 | 223984J | None | $1,500.00 |
| Trailer | Utility | 2016 | PJ | | 20' Utility Trailer | 4P5P82025G1243186 | 295949J | None | $1,500.00 |
| Trailer | Utility | | Carry On | | Utility Trailer | 4YMUL1013GG052454 | | None | $1,500.00 |
| Trailer | Lowboy | 1981 | Kalyn | Orange | 35 Ton Lowboy | K9E2223XK1005682 | | None | $10,000.00 |
| Trailer | Tool | 1996 | Strick | | 48' Van Trailer | 1S12E9481TD404981 | TDR5877 | None | $6,000.00 |
| Trailer | Gooseneck | 1994 | PJ | | 24' Hydrotest Trailer | 4P5GF241R111738 | | None | $12,000.00 |
| Trailer | Utility | 2017 | PJ | | 20' Utility Trailer | 4P5P82028H1262722 | | None | $2,500.00 |
| Trailer | Float | 1996 | Fruehauf | | Float | 1H2P04529TW041784 | | None | $3,000.00 |
| Trailer | Lowboy | 1990 | Talbert | | Lowboy | 40FW04830L3008566 | | None | $16,000.00 |
| Trailer | Tool | 2018 | Lark | White | Small Tool | 571BE0817JM030986 | | None | $750.00 |
| Auto | Crew Truck | 2004 | Chevrolet | White | 3500, 4 Door Crew Cab | 1GCJK33224F232860 | BU2-9290 | None | $5,500.00 |
| Auto | Crew Truck | 2003 | Ford | Blue | F-250, 4 Door Crew Cabb | 1FTNW21F23EA74711 | HWD-9198 | None | $1,000.00 |
| Auto | Haul Truck | 2012 | Ford | White | F550, Extended Cab | 1FDOX5HT6CEA42683 | LTX 7199 | None | $15,000.00 |

$90,950.00

EXHIBIT

B-47 page 2

exhibitsticker.com

| Class | Type | Year | Make | Model / Description | S/N | VIN | Estimated Value |
|-------|------|------|------|---------------------|-----|-----|-----------------|
| Equipment | Telehandler | 2005 | JLG | G943A (9000 Lb) | 160007353 | | $16,500.00 |
| Equipment | Telehandler | 2006 | JLG | Skytrak 8042 (8000 Lb) | 160020381 | | $18,000.00 |
| Equipment | Marooka | | Komatsu | MST 700 (8000 Lb) | | | $15,000.00 |
| Equipment | Marooka | 2010 | Yanmar | C50R (8000 Lb) | | | $15,000.00 |
| Misc. | | | | High Pressure Test Pump | | | $3,200.00 |
| Misc. | Air Compressor | 2005 | IR | 185 Compressor | | 357599ZUEPB34 | $5,500.00 |
| Misc. | ATV | 2014 | Kubota | ATV | | 34393 | $13,500.00 |
| Misc. | Jeep | | | Holiday Detector | 785-6816 | | $2,800.00 |
| Misc. | Jeep | | | Holiday Detector | 785-5088 | | $2,800.00 |
| Misc. | Recorder | | | Temp Recorder | 242A-70718 | | $2,500.00 |
| Misc. | Recorder | | | Temp Recorder | 202A-201837 | | $2,500.00 |
| Misc. | Recorder | | | Temp Recorder | 202E-28415 | | $2,500.00 |
| Misc. | Testing | | | Dead Weights | 610214 | | $2,800.00 |
| Misc. | Light Plant | | | Neuson Light Plant | 20108448 | | $4,400.00 |
| Misc. | Mower | | | Kubota Mower | | ZD1211 | $9,200.00 |
| Misc. | Sprayer | | | Weed Sprayer | | | $200.00 |
| Misc. | Jeep | | | Holiday Detector 786-BS | 1355 | | $2,500.00 |
| Misc. | Jeep | | | Holiday Detector 780 | 780-4394 | | $2,500.00 |
| Misc. | Jeep | | | Holiday Detector | 725-11079 | | $2,500.00 |
| Misc. | Blower | | | B-40 Straw Blower | SO-637 | | $5,400.00 |
| Misc. | Pump | | | 4" Honda Trash Pump | | | $600.00 |
| Misc. | Pump | | | 5-3" Trash Pumps | | | $1,500.00 |
| Misc. | Blower | | | 260 Finn Straw Blower | | | $16,500.00 |
| Misc. | Compressor | | | 185 Compressor | | 1F9MS1627CF125118 | $3,000.00 |
| Misc. | Blower | | | B-40 Straw Blower | MD-1966 | | $5,400.00 |
| Misc. | Light Plant | | | 4-Terex Light Plants | | | $7,200.00 |
| Misc. | Tools | | | Miscellaneous Small Tools | | | $6,500.00 |
| Misc. | Power Washer | | | Stihl RB 800 Power Washer | | | $750.00 |
| Misc. | Power Washer | | | Dewalt 4200 Power Washer | | | $750.00 |
| Misc. | Generator | | | Titan 8000 Generator | | | $600.00 |
| Misc. | Generator | | | Champion 5500 | | | $300.00 |
| Misc. | Generator | | | Power Stroke 5000 | | | $300.00 |
| Misc. | Generator | | | Champion 4500 | | | $250.00 |

$172,950.00



EXHIBIT

B-50

exhibitsticker.com

| Fill in this information to identify the case: |
|---|

Debtor name **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-20077**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1  First Insurance Funding**
Creditor's Name

Describe debtor's property that is subject to a lien
**Right to cancel financed insurance policies**

Column A: **$40,443.91**   Column B: **Unknown**

**450 Skokie Blvd. Ste. 1000**
**Northbrook, IL 60062-7917**
Creditor's mailing address

Describe the lien
**Insurance premium financing**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**3445**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Kimble Recycling & Disposal, Inc.**
Creditor's Name

Describe debtor's property that is subject to a lien
**Judgment in S-19-5920CV-B; San Patricio County, TX**

Column A: $13,707.79   Column B: $13,707.79

**PO Box 448**
**Dover, OH 44622**
Creditor's mailing address

Describe the lien
**Garnishment**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/27/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Two Guns Consulting & Construction, LLC**
_____
Name

Case number (if known)   **20-20077**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $141,566.70 | $190,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 99303**
**Chicago, IL 60693-9303**

Creditor's mailing address

**Komatsu D61PX-23 Crawler Dozer**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred
**2018**

Last 4 digits of account number
**4583**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ligonier Construction Co.** | Describe debtor's property that is subject to a lien | $1,057,058.85 | $76,008.73 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 277**
**Laughlintown, PA 15655**

Creditor's mailing address

**JHBucci@rothmangordon.
com**

Creditor's email address, if known

**Domesticated judgment in Cause No. 2019DCV-3848-G, Nueces County, TX**

Describe the lien
**Garnishment**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**3215**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Prosperity Bank-Victoria** | Describe debtor's property that is subject to a lien | $119,518.02 | $125,000.00 |
|---|---|---|---|---|

Creditor's Name

**101 South Main Street**
**Victoria, TX 77901**

Creditor's mailing address

**See attached Exhibit B-47 page 1.**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $1,372,295.27 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brancomb Law**<br>**Patrick Autry**<br>**8023 Vantage Drive, Suite 560**<br>**San Antonio, TX 78230** | Line __2.4__ | |
| **Branscomb Law**<br>**Attn: J.D. Egbert and Jim Clancy**<br>**802 N. Carancahua, Ste. 1900**<br>**Corpus Christi, TX 78401** | Line __2.4__ | |
| **Bucci, Joseph H.**<br>**Rothman Gordon, PC**<br>**310 Grant St.**<br>**Third Floor-Grant Building**<br>**Pittsburgh, PA 15219** | Line __2.4__ | |
| **Porter Rogers Dahlman & Gordon PC**<br>**Attn: Donald Jones**<br>**800 N. Shoreline Blvd., Suite 800S**<br>**Corpus Christi, TX 78401** | Line __2.2__ | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Two Guns Consulting & Construction, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**20-20077**__

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,986.50 | $2,986.50 |

**2.1**

Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**
**Revenue Accounting/Bankruptcy Section**
**P.O. Box 13528**
**Austin, TX 78711**

Date or dates debt was incurred
**2019**

Last 4 digits of account number **2356**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Franchise taxes**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**378-Praxair Distribution Inc.**
**PO Box 120812**
**Dept 0812**
**Dallas, TX 75312-0812**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

Amount of claim: **$2,368.05**

**3.2**

Nonpriority creditor's name and mailing address

**3C Industrial, LLC**
**PO Box 60233**
**Corpus Christi, TX 78466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No   ☐ Yes

Amount of claim: **$3,523.83**

| Debtor | **Two Guns Consulting & Construction, LLC** | | Case number (if known) | **20-20077** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,850.00 |
|---|---|---|---|

**4Warriors Hydro Excavating**
PO Box 2407
Elk City, OK 73648

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,025.00 |
|---|---|---|---|

**Adamson & Company, LLC**
4101 S. Alameda
Corpus Christi, TX 78411

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,613.68 |
|---|---|---|---|

**Ahern Rentals**
PO Box 271390
Las Vegas, NV 89127-1390

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,492.44 |
|---|---|---|---|

**Airgas USA, LLC**
PO Box 802576
Chicago, IL 60680-2576

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,420.00 |
|---|---|---|---|

**Alex E. Paris Equip & Sales Co.**
1595 Smith Township State Road
Atlasburg, PA 15004

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,976.84 |
|---|---|---|---|

**AllTerra Central**
116 E. Huntland Drive
Austin, TX 78752

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,439.96 |
|---|---|---|---|

**Altorfer Rents**
PO Box 1347
Cedar Rapids, IA 52406-1347

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,424.96**

**American Express**
PO Box 650448
Dallas, TX 75265-0448

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,140.00**

**American Hallmark Insurance Company of Texas**
777 Main Street, Suite 1000
Fort Worth, TX 76102

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,749.49**

**American Steel & Supply Inc.**
P.O. Box 9721
Corpus Christi, TX 78469

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,578.79**

**Amigos Equipment Corp.**
P.O. Box 4145
Corpus Christi, TX 78469

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,263.07**

**Anderson Equipment Company**
PO Box 823580
Philadelphia, PA 19182-3580

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,550.87**

**Appalachian Energy Solutions Inc.**
90 E. Songbird Road
Bradford, PA 16701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00**

**Atlas Trenchless, LLC**
1351 Broadway Street West
Rockville, MN 56369

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

---

**3.17** Nonpriority creditor's name and mailing address

**B-C Equipment Sales, Inc.**
**PO Box 10345**
**Corpus Christi, TX 78460-0345**

Date(s) debt was incurred _
Last 4 digits of account number __1919__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$10,673.49

---

**3.18** Nonpriority creditor's name and mailing address

**Badger Daylight Corp.**
**75 Remittance Drive, Suite 3185**
**Chicago, IL 60675-3185**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$58,571.01

---

**3.19** Nonpriority creditor's name and mailing address

**Basin Industrial X-Ray**
**PO Box 4901**
**Corpus Christi, TX 78469**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$5,755.51

---

**3.20** Nonpriority creditor's name and mailing address

**Belmont Aggregates, Inc.**
**P.O Box 349**
**Bridgeport, OH 43912**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Default judgment__

Is the claim subject to offset? ■ No ☐ Yes

$80,022.53

---

**3.21** Nonpriority creditor's name and mailing address

**Bridgeport Equipment & Tool**
**15 Acme Street**
**Marietta, OH 45750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$13,360.23

---

**3.22** Nonpriority creditor's name and mailing address

**Buckeye Tire Service Inc.**
**629 Steubenville Ave.**
**Cambridge, OH 43725**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$8,610.36

---

**3.23** Nonpriority creditor's name and mailing address

**Carber Holdings, Inc.**
**PO Box 17141**
**Denver, CO 80217-7141**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$2,994.16

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Two Guns Consulting & Construction, LLC** | | Case number (if known) | **20-20077** |
|---|---|---|---|---|

Name

---

**3.24**

**Nonpriority creditor's name and mailing address**
**CAT Financial Commercial Account**
**Dept 30-2000158507**
**PO Box 9001036**
**Louisville, KY 40290-1036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**CC Disposal Service**
**PO Box 2680**
**San Antonio, TX 78299**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$140.04**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**CEC Corrosion Services, LLC**
**PO Drawer D**
**Sinton, TX 78387**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,425.08**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Challenger Services**
**4530 S. Jackson Ave.**
**Tulsa, OK 74107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$48,996.15**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Chase Card Services**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred __

Last 4 digits of account number  __2170__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Business credit card__

Is the claim subject to offset? ■ No ☐ Yes

**$83,872.26**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Coastal Chemical Co LLC**
**Department 22**
**P.O. Box 122214**
**Dallas, TX 75312-2214**

Date(s) debt was incurred __

Last 4 digits of account number  __7144__

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Coastal Tool & Supply**
**4930 IH 37**
**Corpus Christi, TX 78407**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$81.45**

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,407.29** |
|---|---|---|---|

**Coastal Valve & Equipment**
**PO Box 864**
**George West, TX 78022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Columbus Equipment Supply**
**P.O. Box 951400**
**Cleveland, OH 44193**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,747.04** |
|---|---|---|---|

**Contractors Building Supply Co, LLC**
**Dept. 142**
**PO Box 4458**
**Houston, TX 77210-4458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,936.74** |
|---|---|---|---|

**Cross Country Pipeline Supply Co.**
**PO Box 843851**
**Kansas City, MO 64184-3851**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,705.16** |
|---|---|---|---|

**Darby Equipment Company**
**2940 N. Toledo Avenue**
**Tulsa, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,249.99** |
|---|---|---|---|

**Darr Farms, LLC**
**21284 TR 257**
**Newcomerstown, OH 43832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **TWOG**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,767.00** |
|---|---|---|---|

**DBI, Inc.**
**15440 W. 109th St.**
**Lenexa, KS 66219**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,545.11** |
|---|---|---|---|

**Dino Piergallini & Sons**
**41040 Cadiz-Dennison Road**
**Cadiz, OH 43907**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**DISA Global Solution, Inc.**
**Dept. 3731**
**PO Box 123731**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,425.00** |
|---|---|---|---|

**DMI International**
**15715 East Pine Street**
**Tulsa, OK 74116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,262.66** |
|---|---|---|---|

**DNOW LP**
**PO Box 200822**
**Dallas, TX 75320-0822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Duncan, Charles**
**13807 FM 1944**
**Odem, TX 78370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Loan from uncle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Duncan, Kenneth**
**13789 FM 1944**
**Odem, TX 78370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Loan from father**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,917.37** |
|---|---|---|---|

**DW Dickey & Sons, Inc.**
**PO Box 189**
**Lisbon, OH 44432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ellingson Drainage, Inc.**
**56113 State Hwy 56**
**West Concord, MN 55985**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,691.63 |
|---|---|---|---|

**Enviroserve**
**4600 Brookpark Road**
**Cleveland, OH 44134**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,082.50 |
|---|---|---|---|

**Espy Brothers, LLC**
**PO Box 1712**
**Pecos, TX 79772**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,597.54 |
|---|---|---|---|

**Farmers Oil Company**
**313 State Street**
**Nokomis, IL 62075**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,410.00 |
|---|---|---|---|

**Flow Control Equipment**
**PO Box 60939**
**Lafayette, LA 70596**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,540.57 |
|---|---|---|---|

**Flow Zone LLC**
**Dept. 248**
**PO Box 4346**
**Houston, TX 77210-4346**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,984.93 |
|---|---|---|---|

**FuelCo Energy LLC**
**12140 Wickchester Ln., Suite 100**
**Houston, TX 77079**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address

**Great Lakes Petroleum**
P.O. Box 780040
Philadelphia, PA 19178-0040

Date(s) debt was incurred __
Last 4 digits of account number  **7721**

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Default judgment**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address

**Guernsey Scrap Recycling Trucking, LLC**
PO Box 2047
Caldwell, OH 43724

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$1,131.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address

**Haas Septic & Portable Toilet Service**
PO Box 37
Lower Salem, OH 45745

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$348.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address

**Hamlin & Jones Excavation and Drainage**
19101 White Settlement Trail
Nokomis, IL 62075

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$1,591.19**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address

**Heartbreak Trucking, LLC**
PO Box 187
Banquete, TX 78339

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          **$8,357.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address

**Highway Equipment Company of Ohio**
P.O Box 645310
Pittsburgh, PA 15264-5310

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

**Hilton Plumbing**
103 W. 2nd Street
Pana, IL 62557

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☑ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                  Best Case Bankruptcy

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HMT, LLC**<br>**PO Box 841686**<br>**Dallas, TX 75284-1686** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,025.40 |
|---|---|---|---|
| | **Home City Ice Company**<br>**PO Box 111116**<br>**Cincinnati, OH 45211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $102,928.73 |
|---|---|---|---|
| | **Horizon Supply Company**<br>**311 White Street**<br>**New Castle, PA 16101** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $949.80 |
|---|---|---|---|
| | **Howard Concrete Pumping Co., Inc.**<br>**701 Millers Road**<br>**Cuddy, PA 15031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,797.27 |
|---|---|---|---|
| | **Hytorc**<br>**333 Route 17 North**<br>**Mahwah, NJ 07430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,375.31 |
|---|---|---|---|
| | **Idealease-Rush Truck Leasing**<br>**PO Box 2208**<br>**Decatur, AL 35609** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,323.15 |
|---|---|---|---|
| | **Integrity Gas Services**<br>**7906 N. Sam Houston Pkwy W**<br>**Suite 202**<br>**Houston, TX 77046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Trade debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
P.O. Box  7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Required notice

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,433.73 |
|---|---|---|---|

**J & B Pipeline Supply Inc.**
PO Box 1814
Baytown, TX 77520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.13 |
|---|---|---|---|

**J.J. Keller & Associates, Inc.**
PO Box 6609
Carol Stream, IL 60197-6609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAN X-Ray Services, Inc.**
PO Box 29253
New York, NY 10087-9253

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jefferson Gas Gathering Company LLC**
Attn:  Greg Floerke, COO
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, CO 80202-2126

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,539.68 |
|---|---|---|---|

**Jones-Portajons**
20424 Cadiz Road
Freeport, OH 43973

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,232.03 |
|---|---|---|---|

**La Copa Field Services, Inc.**
PO Box 336
Sinton, TX 78387

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Two Guns Consulting & Construction, LLC** | | Case number (if known) | **20-20077** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,935.00 |
|---|---|---|---|
| | **Landshark Hydroexcavation Services, Inc.**<br>**PO Box 841172**<br>**Pearland, TX 77584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63,008.10 |
|---|---|---|---|
| | **Leslie Equipment Company**<br>**Attn: Tammy**<br>**105 Tennis Center Drive**<br>**Marietta, OH 45750** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47,336.57 |
|---|---|---|---|
| | **Litman Excavating**<br>**836 1st Street**<br>**New Martinsville, WV 26155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,100.00 |
|---|---|---|---|
| | **Longhorn Mulching, Inc.**<br>**7003 E. State Highway 103**<br>**Lufkin, TX 75901** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51,730.00 |
|---|---|---|---|
| | **Luby Equipment**<br>**2300 Cassens Drive**<br>**Fenton, MO 63026** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $196.85 |
|---|---|---|---|
| | **M&M Pump and Supply**<br>**PO Box 790379**<br>**Saint Louis, MO 63179-0379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125,983.26 |
|---|---|---|---|
| | **Magnum Machine Works LLC**<br>**7480 NW Caldwell Road**<br>**Kidder, MO 64649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MarkWest Liberty Midstream & Resources**
**Attn: Greg Floerke, COO**
**1515 Arapahoe Street**
**Tower 1, Suite 1600**
**Denver, CO 80202-2126**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,189.60 |
|---|---|---|---|

**Matheson Tri-Gas, Inc.**
**Dept 3028**
**PO Box 123028**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $401.12 |
|---|---|---|---|

**Mattern Tire Ltd.**
**519 Lincoln Ave.**
**Cadiz, OH 43907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $111,950.00 |
|---|---|---|---|

**McKinney Drilling Company**
**2434 Etring Avenue**
**Corpus Christi, TX 78415**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $131,466.80 |
|---|---|---|---|

**Miley Fencing**
**54500 Sarahsville Road**
**Senecaville, OH 43780**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,296.88 |
|---|---|---|---|

**Millennium Torque & Tensioning, Inc.**
**PO Box 13**
**Eighty Four, PA 15330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,683.61 |
|---|---|---|---|

**MO-VAC Service Company of Alice Inc.**
**PO Box 2237**
**San Antonio, TX 78298-2237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,762.50** |
|---|---|---|---|

**Moore Control Systems, Inc.**
**PO Box 677**
**Katy, TX 77492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Moorhead Brothers, Inc.**
**P.O. Box 124**
**Blacksburg, SC 29702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$828.11** |
|---|---|---|---|

**MRC Global (US) Inc.**
**PO Box 204392**
**Dallas, TX 75320-4392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,094.56** |
|---|---|---|---|

**MYOCO Pipeline Supply**
**PO Box 35137**
**Houston, TX 77235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,080.50** |
|---|---|---|---|

**National Inspection Services, LLC**
**110 Harold Gauthe Rd**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2121**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,903.33** |
|---|---|---|---|

**National Lime & Stone Co.**
**PO Box 120**
**Findlay, OH 45839-0120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,474.90** |
|---|---|---|---|

**Nicolozakes Trucking & Construction, Inc**
**PO Box 670**
**Cambridge, OH 43725-0670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Novel Coworking**
**720 Rusk**
**Houston, TX 77002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**NuStar Energy, LP**
**19003 IH-10**
**San Antonio, TX 78257**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114,237.96** |
|---|---|---|---|

**Ohio CAT**
**Box 774439**
**4439 Solutions Center**
**Chicago, IL 60677-4004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  __6431__

Basis for the claim:  __Default judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,132.84** |
|---|---|---|---|

**OQSG**
**2301 E Lamar Blvd., Suite 250**
**Arlington, TX 76006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pipeline Supply & Service**
**1010 Lamar, Ste. 710**
**Houston, TX 77002**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,736.67** |
|---|---|---|---|

**Pipelines, Inc.**
**PO Box 2027**
**East Liverpool, OH 43920**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,291.53** |
|---|---|---|---|

**PowerPlan**
**21310 Network Place**
**Chicago, IL 60673-1213**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  __6744__

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,103.39 |

**Price Supply, Inc.**
**109 Cason Road**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0015**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Probst Electric**
**20897 Fillmore Trail**
**Fillmore, IL 62032**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,305.02 |

**Producers Supply Company, Inc.**
**121 Kiwi Drive**
**Waynesburg, PA 15370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,829.14 |

**Provident Farm Supply, Inc.**
**69616 Vineyard Road**
**Saint Clairsville, OH 43950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,647.80 |

**Rain for Rent**
**5101 Office Park Drive, Suite 100**
**Bakersfield, CA 93303**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Randy's Roll Off**
**500 Young Street**
**Nokomis, IL 62075**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ray, Don and Keiper, Reta**
**144 Lakeview Drive**
**Mathis, TX 78368**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$489.84** |
|---|---|---|---|

**Renfrow & Company, Inc.**
**PO Box 3519**
**Corpus Christi, TX 78463-3519**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,330.75** |
|---|---|---|---|

**Sandbags LLC**
**4301 S. Valley View Blvd., Ste. 19**
**Las Vegas, NV 89102-4008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,700.00** |
|---|---|---|---|

**Sideline Testing, LLC**
**528 W Fourth St.**
**Sinton, TX 78387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,675.00** |
|---|---|---|---|

**Southeastern Equipment Co., Inc.**
**P.O. Box 536**
**Cambridge, OH 43725**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$402.75** |
|---|---|---|---|

**Specialty Polymer Coatings, USA, Inc.**
**PO Box 677976**
**Dallas, TX 75267-7976**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,992.69** |
|---|---|---|---|

**Sprint Waste Services, LP**
**PO Box 732411**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __4001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Stark & Knoll**
**3475 Ridgewood Road**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Attorney's fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,916.64** |
|---|---|---|---|

**Sunbelt Equipment Marketing, Inc.**
**500 Davenport Drive**
**College Station, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.33** |
|---|---|---|---|

**Survey Equipment Services, Inc.**
**1775 Westborough Drive**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,036.88** |
|---|---|---|---|

**Team Industrial Services,Inc.**
**P.O. Box 842233**
**Dallas, TX 75284-2233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**TEI Analytical Services, Inc.**
**P.O. Box 534**
**Washington, PA 15301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,106.80** |
|---|---|---|---|

**Texas First Rentals, LLC**
**PO Box 650869**
**Dallas, TX 75265-0869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,818.46** |
|---|---|---|---|

**Texas Fueling Services, Inc.**
**PO Box 207466**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Texas Throne**
**PO Box 997**
**Portland, TX 78374**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Texas Workforce Commission**
Bankruptcy Unit, Room 556
101 E. 15th Street
Austin, TX 78778-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Required notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,811.54 |
|---|---|---|---|

**TNT Crane & Rigging, Inc.**
PO Box 847561
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **SC00**

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.84 |
|---|---|---|---|

**Total Safety U.S., Inc.**
P.O. Box 974686
Dallas, TX 75397-4686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,696.52 |
|---|---|---|---|

**Uline**
12575 Uline Drive
Pleasant Prairie, WI 53158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5436**

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,444.88 |
|---|---|---|---|

**United Rentals (North America) Inc.**
P.O. Box 840514
Dallas, TX 75284-0514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Default judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**United States Trustee**
606 North Carancahua, Suite 1107
Corpus Christi, TX 78401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Required notice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,270.00 |
|---|---|---|---|

**US Bagging**
PO Box 39
Gnadenhutten, OH 44629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | | Case number (if known) | **20-20077** |
|---|---|---|---|---|

Name

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $376.66 |
|---|---|---|---|

**Veriforce**
1575 Sawdust Road, #600
The Woodlands, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,401.50 |
|---|---|---|---|

**Viking Mat Company**
PO Box 842612
Dallas, TX 75284-2612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,325.00 |
|---|---|---|---|

**Water Transport, LLC**
100 Sammi Drive
Hopedale, OH 43976

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,353.13 |
|---|---|---|---|

**West Texas Dumpsters**
6100 Lake Forrest Dr., Ste. 505
Atlanta, GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wilgus & Company**
P.O. Box 186
Cadiz, OH 43907

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,080.00 |
|---|---|---|---|

**Worldwide Rental Services**
106 South 1st Street
Martins Ferry, OH 43935

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316,942.88 |
|---|---|---|---|

**YAK MAT, LLC**
2438 Hwy 98 E
Columbia, MS 39429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number (if known) | **20-20077** |
|---|---|---|---|
| | Name | | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.00 |
|---|---|---|---|

**YSI Incorporated**
**PO Box 640373**
**Cincinnati, OH 45264-0363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barnett & Garcia, PLLC**<br>**Attn: Lawrence J. Falli**<br>**3821 Juniper Trace, #108**<br>**Austin, TX 78738** | Line  **3.126**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Caine & Weiner**<br>**Attn: Jenn Gray**<br>**12005 Ford Road, Ste. 300**<br>**Dallas, TX 75234** | Line  **3.81**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Emens Wolper Jacobs & Jasin**<br>**Attn: Todd Kildow**<br>**250 W. Main St. Suite A**<br>**Saint Clairsville, OH 43950** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Jefferson Gas Gathering Company LLC**<br>**Attn: General Counsel**<br>**1515  Arapahoe Street**<br>**Tower 1, Suite 1600**<br>**Denver, CO 80202-2126** | Line  **3.70**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Kidder Law Firm**<br>**Attn: Charles Kidder**<br>**6375 Riverside Drive, Suite 200**<br>**Dublin, OH 43017** | Line  **3.52**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Law Office of Jeffrey B. Sams, LLC**<br>**10400 Blacklick Eastern Road NW**<br>**Suite 140**<br>**Pickerington, OH 43147** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **MarkWest Liberty Midstream & Resources**<br>**Attn: General Counsel**<br>**1515 Arapahoe Street**<br>**Tower 1, Suite 1600**<br>**Denver, CO 80202-2126** | Line  **3.80**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Overstreet & Nestor, LLC**<br>**Attn: David R. Overstreet**<br>**461 Cochran Road, Box 237**<br>**Pittsburgh, PA 15228** | Line  **3.80**<br><br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Overstreet & Nestor, LLC**<br>**Attn: David R. Overstreet**<br>**461 Cochran Road, Box 237**<br>**Pittsburgh, PA 15228** | Line  **3.70**<br><br>☐ Not listed. Explain ____ | __ |

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number *(if known)* | **20-20077** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 **Robison Curphey & O'Conell**<br>**Attn: Matthew Klein**<br>**220 West Sandusky Street**<br>**Findlay, OH 45840** | Line **3.92**<br><br>☐ Not listed. Explain _____ | _ |
| 4.11 **Spoonster, Joseph R.**<br>**1559 Corporate Woods, Suite 250**<br>**Uniontown, OH 44685** | Line **3.96**<br><br>☐ Not listed. Explain _____ | _ |
| 4.12 **Totz Ellison & Totz, PC**<br>**Attn: Jon D. Totz**<br>**2211 Norfolk, Suite 510**<br>**Houston, TX 77098** | Line **3.34**<br><br>☐ Not listed. Explain _____ | _ |
| 4.13 **Tribbie Plummer Shurch & Laplante**<br>**Attn: Margaret Laplante**<br>**PO Box 640**<br>**Cambridge, OH 43725** | Line **3.22**<br><br>☐ Not listed. Explain _____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,986.50 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,659,521.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,662,508.09 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **20-20077**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Antero Midstream Partners, LP** <br> **1615 Wynkoop Street** <br> **Denver, CO 80202** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement for Engineering & Construction** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Blue Racer Midstream, LLC** <br> **5949 Sherry Lane** <br> **Dallas, TX 75225** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement for service, materials and goods** <br><br> State the term remaining <br><br> List the contract number of any government contract | **CSL Exploration, LP** <br> **1000 Louisiana Street, Suite 7000** <br> **Houston, TX 77002** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Oral lease; Month to month of building and yard to Debtor.** <br><br> State the term remaining **month to month** <br><br> List the contract number of any government contract | **D6 Investment Partners, LLC** <br> **1230 CR 22** <br> **Corpus Christi, TX 78415** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Two Guns Consulting & Construction, LLC**              Case number (*if known*)  **20-20077**
          First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Consultant Agreement** | |
|---|---|---|---|
| | State the term remaining | | **E&P Energy Company** |
| | List the contract number of any government contract | | **1001 Louisiana Street** |
| | | | **Houston, TX 77002** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Annual lease of piping design software; renews annually in July** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **ECAD, Inc.** |
| | List the contract number of any government contract | | **PO Box 51507** |
| | | | **Midland, TX 79710** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Enerfin Resources Company** |
| | List the contract number of any government contract | | **1001 S. Dairy Ashford Rd., Ste. 220** |
| | | | **Houston, TX 77077** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for engineering or consulting services** | |
|---|---|---|---|
| | State the term remaining | | **Enstor Operating Company, LLC** |
| | List the contract number of any government contract | | **20329 State Highway 249** |
| | | | **Houston, TX 77070** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for Professional Services** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Products Operataing, LLC** |
| | List the contract number of any government contract | | **1100 Louisiana Street, Suite 23** |
| | | | **Houston, TX 77002** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for Services or Materials** | |
|---|---|---|---|
| | State the term remaining | | **EOG Resources, Inc.** |
| | List the contract number of any | | **PO Box 4362** |
| | | | **Houston, TX 77210** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 **Two Guns Consulting & Construction, LLC**
First Name      Middle Name      Last Name

Case number (*if known*)  **20-20077**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Formula Midstream Partners, LC**<br>**8150 N. Central Expressway, Ste. 1875**<br>**Dallas, TX 75206** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Harvest Pipeline Company**<br>**1111 Travis Street**<br>**Houston, TX 77002** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement for Engineering & Construction | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Howard Midstream Energy Partners, LLC**<br>**17806 IH-10 West**<br>**San Antonio, TX 78257** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ironwood Midstream Energy Partners, LLP**<br>**18615 Tuscany Stone, Ste. 380**<br>**San Antonio, TX 78258** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement for Engineering & Construction Work | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kaiser-Francis Oil Company**<br>**6733 South Yale Avenue**<br>**Tulsa, OK 74136** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | General Services Agreement | **Kinder Morgan Contracting Services LLC**<br>**1001 Louisiana St., Suite 1000**<br>**Houston, TX 77002** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Two Guns Consulting & Construction, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)    **20-20077**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    _____

**La Grange Acquistion (Energy Transfer)**
**800 E. Sonterra Blvd.**
**San Antonio, TX 78258**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    _____

**MarkWest Utica EMG, LLC**
**1515 Arapahoe Street**
**Denver, CO 80202**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of ice machine** |
|---|---|---|

State the term remaining    **Month to month**

List the contract number of any
   government contract    _____

**Mission Restaurant Supply**
**Attn: Jason Cox**
**1737 N. Padre Island Dr.**
**Corpus Christi, TX 78408**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    _____

**NorthStar Midstream Services Company LLC**
**10077 Grogans Mill Rd., Ste. 530**
**The Woodlands, TX 77380**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Master Work Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    _____

**NuStar Energy, LP**
**19003 IH-10**
**San Antonio, TX 78257**

---

Debtor 1  **Two Guns Consulting & Construction, LLC**                    Case number *(if known)*  **20-20077**

     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for Engineering & Construction** | |
| | State the term remaining | | **Plains Marketing, LP** |
| | List the contract number of any government contract | | **333 Clay, Suite 1600** **Houston, TX 77002** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | **SCM Crude, LLC** |
| | List the contract number of any government contract | | **20329 State Highway 249, 4th Floor** **Houston, TX 77077** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease to purchase agreement of excavator dated 6/1/2017.** | |
| | State the term remaining | **15 months** | **Sonntag, Elaine** |
| | List the contract number of any government contract | | **P.O. Box 425** **Sheridan, TX 77475** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for Work or Services** | |
| | State the term remaining | | **Southcross Energy GP LLC** |
| | List the contract number of any government contract | | **1717 Main Street, Ste. 5200** **Dallas, TX 75201** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for Engineering & Construction Work** | |
| | State the term remaining | | **Summit Midstream Utica, LLC** |
| | List the contract number of any government contract | | **1790 Hughes Landing Blvd., Ste. 500** **The Woodlands, TX 77380** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
| | State the term remaining | | **Tug Hill Operating, LLC** |
| | List the contract number of any | | **1320 University, Ste. 500** **Fort Worth, TX 76107** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Two Guns Consulting & Construction, LLC**                    Case number *(if known)*  **20-20077**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Xerox 7835 copier** | |
| | State the term remaining | **2 months** | **US Bank Equipment Finance** |
| | List the contract number of any government contract | | **1310 Madrid Street, Suite 101** **Marshall, MN 56258** |

**Fill in this information to identify the case:**

Debtor name    **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-20077**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Duncan, Charles Luke** | **1230 CR 22** <br> **Corpus Christi, TX 78415** | **Coastal Chemical Co LLC** | ☐ D _____ <br> ■ E/F __3.29__ <br> ☐ G _____ |
| 2.2 | **Duncan, Charles Luke** | **1230 CR 22** <br> **Corpus Christi, TX 78415** | **Great Lakes Petroleum** | ☐ D _____ <br> ■ E/F __3.52__ <br> ☐ G _____ |
| 2.3 | **Duncan, Charles Luke** | **1230 CR 22** <br> **Corpus Christi, TX 78415** | **Komatsu Financial** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Duncan, Charles Luke** | **1230 CR 22** <br> **Corpus Christi, TX 78415** | **Prosperity Bank-Victoria** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Duncan, Charles Luke** | **1230 CR 22** <br> **Corpus Christi, TX 78415** | **Ohio CAT** | ☐ D _____ <br> ■ E/F __3.96__ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Two Guns Consulting & Construction, LLC** | Case number *(if known)* | **20-20077** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **Horizon Supply Company** | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.7 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **Chase Card Services** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.8 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **United Rentals (North America) Inc.** | ☐ D _____ ■ E/F __3.126__ ☐ G _____ |
| 2.9 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **PowerPlan** | ☐ D _____ ■ E/F __3.100__ ☐ G _____ |
| 2.10 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **Price Supply, Inc.** | ☐ D _____ ■ E/F __3.101__ ☐ G _____ |
| 2.11 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **Kimble Recycling & Disposal, Inc.** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.12 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **Enviroserve** | ☐ D _____ ■ E/F __3.46__ ☐ G _____ |
| 2.13 | Duncan, Charles Luke | 1230 CR 22 Corpus Christi, TX 78415 | **CAT Financial Commercial Account** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Two Guns Consulting & Construction, LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF TEXAS

Case number (if known)      **20-20077**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 25, 2020**          X **/s/ Charles Luke Duncan**
                                                              Signature of individual signing on behalf of debtor

                                                              **Charles Luke Duncan**
                                                              Printed name

                                                              **Sole Managing Member**
                                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy