

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

ENTERED
United States Courts
Southern District of Texas
FILED
FEB 24 2020
David J. Bradley, Clerk of Court

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Main Case Number | 20-20077 |
|---|---|---|---|
| Debtor | In Re: | Two Guns Consulting & Construction, LLC | |

This lawyer, who is admitted to the State Bar of _____Delaware_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Michael Busenkell<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>(302) 425-5812<br>Delaware - Bar ID # 3933 |
|---|---|

Seeks to appear as the attorney for this party:

| Yak Mat, LLC | |
|---|---|
| Dated: February 18, 2020 | Signed: /s/ |

| COURT USE ONLY: The applicant's state bar reports their status as: Active |
|---|
| Dated: 2/25/2020    Signed: /s/ Deputy Clerk |

Order   (Docket No. 12)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed: February 26, 2020**

/s/ David R. Jones
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE